**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* ____________ Chapter 11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

U.S.A. Dawgs, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

20-5910666

**4. Debtor's address**

**Principal place of business**

4120 Windmill Lane, Unit 106
Las Vegas, NV 89139
Number, Street, City, State & ZIP Code

Clark
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

www.usadawgs.com

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor **U.S.A. Dawgs, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

Debtor **U.S.A. Dawgs, Inc.** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **U.S.A. Dawgs, Inc.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 31, 2018**
MM / DD / YYYY

X [signature]
Signature of authorized representative of debtor

**Steven Mann**
Printed name

Title PRESIDENT + CEO

**18. Signature of attorney**

X */s/ Talitha Gray Kozlowski*
Signature of attorney for debtor

Date **January 31, 2018**
MM / DD / YYYY

**Talitha Gray Kozlowski 9040**
Printed name

**Garman Turner Gordon LLP**
Firm name

**650 White Drive, Ste. 100**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone **725-777-3000** Email address

*9040 NV*
Bar number and State

# UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF U.S.A. DAWGS, INC.

The undersigned, being the Directors of U.S.A. Dawgs, Inc., a Nevada Corporation (the "Company"), hereby adopt, approve, and ratify the following unanimous written consent, to be effective January 26, 2018 (the "Effective Date"),

WHEREAS: The undersigned deem it is in the best interest of the Company to file a petition under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court"); now therefore be it:

RESOLVED: The Company is hereby authorized to file a voluntary petition in the Bankruptcy Court if and when, in its reasonable discretion, such filing is required to protect the assets and operations of the Company; and it is further

RESOLVED: Steven Mann ("Authorized Person") is hereby designated as a natural person responsible for carrying out the duties of debtor and debtor-in-possession in the Chapter 11 Case, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization in the Chapter 11 Case and taking all actions incidental thereto; and it is further

RESOLVED: The execution of any documents or instrument by the Authorized Person, on behalf of the Company, pursuant to the foregoing resolutions shall be conclusive evidence that such action has been authorized and approved by the Company in every respect; and it is further

RESOLVED: The undersigned authorizes, directs, approves and to the extent necessary ratifies the hiring of the law firm of Garman Turner Gordon LLP to represent the Company in the Chapter 11 Case and any related proceedings.

IN WITNESS WHEREOF, the undersigned, being the Directors of the Company, has executed these resolutions to be effective as of the Effective Date set forth above.

Steven Mann

Barrie Mann

**Fill in this information to identify the case:**

Debtor name **U.S.A. Dawgs, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 31, 2018**

X [signature]
Signature of individual signing on behalf of debtor

**Steven Mann**
Printed name

PRESIDENT + CEO
Position or relationship to debtor



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | U.S.A. Dawgs, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Walgreens Company - Danville AP<br>Attn: Kiesha Allen<br>16845 Collections Center Dr.<br>Chicago, IL 60693 | | | Disputed | | | $1,326,591.72 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | | | | | | $446,662.63 |
| FedEx<br>Attn: Managing Member<br>PO Box 7221<br>Pasadena, CA 91109 | | | | | | $300,029.62 |
| Fuzhou Jiage Trading Co., Ltd.<br>Attn: Managing Member<br>Tianfu Industrial Area<br>Cangshan, Fuzhou<br>Fuijan China | | | | | | $248,656.82 |
| Blue Diamond Business Center Building 5<br>Attn: Managing Member<br>200 E. Carrillo St., Ste. 100<br>Santa Barbara, CA 93101 | | | | | | $216,604.97 |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **U.S.A. Dawgs, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UPS Supply - Dallas Attn: Managing Member PO Box 7247-0244 Philadelphia, PA 19170** | | | **Disputed** | | | **$128,755.62** |
| **Hellmich Law Group P.C. Attn: Managing Member 2967 Michaelson Dr., Bldg. G Suite 491 Irvine, CA 92612** | | | | | | **$109,755.65** |
| **Loudmouth Golf, LLC Attn: S. Bargfrede 7515 Dr. Phillips Blvd. #50-879 Orlando, FL 32819** | | | | | | **$68,575.00** |
| **Vantec Hitachi Transport System (USA) Attn: Junko Komiyama 21061 S. Western Ave., Ste. 300 Torrance, CA 90501** | | | | | | **$58,412.93** |
| **Oracle America, Inc. Attn: Managing Member 15612 Collections Center Dr. Chicago, IL 60693** | | | | | | **$51,112.45** |
| **Criteo Corp. Attn: Managing Member PO Box 392422 Pittsburgh, PA 15251** | | | **Disputed** | | | **$43,827.31** |
| **UPS Supply - Dallas Attn: Managing Member PO Box 730900 Dallas, TX 75373** | | | **Disputed** | | | **$43,495.70** |
| **ChannelAdvisor Attn: Managing Member Lockbox W-502057 PO Box 7777 Philadelphia, PA 19175** | | | **Disputed** | | | **$23,891.32** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **U.S.A. Dawgs, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dept. of Employment, Training & Rehab Employment Security Division 500 East Third Street Carson City, NV 89713** | | | | | | **$18,605.36** |
| **Brad's Deals LLC Attn: Isabel Grajeda - Shop Smart LLC 640 N. La Salle, Ste. 460 Chicago, IL 60654** | | | | | | **$17,500.00** |
| **Anthem Blue Cross Attn: Managing Member PO Box 541013 Los Angeles, CA 90054** | | | | | | **$16,773.82** |
| **Haas Outdoors, Inc. Attn: Managing Member PO Box 757 West Point, MS 39773** | | | | | | **$12,660.28** |
| **NetEffect Attn: Managing Member 5575 S. Durango Dr., Ste. 110 Las Vegas, NV 89113** | | | | | | **$11,951.09** |
| **AuptiX, Inc. Attn: Managing Member 2330 Cousteau Ct. Vista, CA 92081** | | | | | | **$10,889.93** |
| **Lathrop & Gage Attn: Managing Member 4845 Pearl East Circle, Ste. 201 Boulder, CO 80301** | | | | | | **$10,164.30** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**United States Bankruptcy Court**
**District of Nevada**

In re **U.S.A. Dawgs, Inc.** Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 31, 2018**

**Steven Mann**/
Signer/Title PRESIDENT + CEO

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

U.S.A. Dawgs, Inc.
4120 Windmill Lane, Unit 106
Las Vegas, NV 89139

Talitha Gray Kozlowski
Garman Turner Gordon LLP
650 White Drive, Ste. 100
Las Vegas, NV 89119

Anthem Blue Cross
Attn: Managing Member
PO Box 541013
Los Angeles, CA 90054

Argen Blando Court Reporting & Video
Attn: Managing Member
216 16th St., Ste. 600
Denver, CO 80202

Arkadin Inc.
Attn: Managing Member
Lockbox #32726 Collection Center Dr.
Chicago, IL 60693

Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

AuptiX, Inc.
Attn: Managing Member
2330 Cousteau Ct.
Vista, CA 92081

BlankLabels.com LLC
Attn: Managing Member
3700 Rose Lake Dr., Ste. A
Charlotte, NC 28217

Blue Diamond Business Center
Building 5
Attn: Managing Member
200 E. Carrillo St., Ste. 100
Santa Barbara, CA 93101

Brad's Deals LLC
Attn: Isabel Grajeda - Shop Smart LLC
640 N. La Salle, Ste. 460
Chicago, IL 60654

Brian Elliott
9821 Savannah Ridge Dr.
Austin, TX 78726

Broad and Cassel Attorneys at Law
Attn: Managing Member
100 S.E. 3rd Avenue, Ste. 2700
Fort Lauderdale, FL 33394

Bureau Veritas Consumer Products Inc.
Attn: Managing Member
14624 Collections Center Dr.
Chicago, IL 60693

Bureau Veritas Hong kong Limited
Attn: Managing Member
1/F Pacific Trade Centre
2 Kai Hing Road
Kowloon Bay, Kowloon Hong Kong

Cartera Commerce
Attn: Managing Member
One Cranberry Hill
Lexington, MA 02421

Channel Key LLC
Attn: Managing Member
4151 N. Pecos Road #200
Las Vegas, NV 89115

ChannelAdvisor
Attn: Managing Member
Lockbox W-502057
PO Box 7777
Philadelphia, PA 19175

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy.
Box 551401
Las Vegas, NV 89155

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
BOx 551220
Las Vegas, NV 89155

CommerceHub Technologies
Attn:Managing Member
25736 Network Place
Chicago, IL 60673

Cox Communications
Acct No xxxxx0601
Attn: Managing Member
PO Box 53262
Phoenix, AZ 85072

Cox Communications
Acct No xxxxx4901
Attn: Managing Member
PO Box 53262
Phoenix, AZ 85072

Criteo Corp.
Attn: Managing Member
PO Box 392422
Pittsburgh, PA 15251

David Kaplan
4120 W. Windmill Lane, #106
Las Vegas, NV 89139

De Fries & Tufekovic IP
Attn: Managing Member
1260 Copenhagen K
Copenhagen, Denmark

de lage landen
Attn: Managing Member
PO Box 41602
Philadelphia, PA 19101

Dept. of Employment, Training & Rehab
Acct No xxxxx9100
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Industries, LLC
Attn: Managing Member
7121 W. Craig Rd. #113-293
Las Vegas, NV 89129

Dickinson Wright PLLC
Attn: Managing Member
8363 West Sunset Rd., Ste. .200
Las Vegas, NV 89113

Dongguan Guilai Package Products Factory
Attn: Managing Member
Xiaogongkan Village-Jianshazhou Wanijag
Dongguan Guangdong Province
China

Ebates Performance Marketing
Attn: Managing Member
999 Plaza Drive, Ste. 310
Schaumburg, IL 60173

FedEx
Acct No xxx-x513-5
Attn: Managing Member
PO Box 7221
Pasadena, CA 91109

FedEx
Acct No xxxx-x936-4
Attn: Managing Member
PO Box 7221
Pasadena, CA 91109

FedEx Trade Netowrks - Chicago
Attn: Managing Member
15704 Collections Center Dr.
Chicago, IL 60693

Fuzhou Jiage Trading Co., Ltd.
Attn: Managing Member
Tianfu Industrial Area
Cangshan, Fuzhou
Fuijan China

Goldberg Kohn, Ltd.
Attn: Managing Member
55 East Monroe St., Ste. 3300
Chicago, IL 60603

Goodsearh LLC
Attn: Managing Member
PO Box 492176
Los Angeles, CA 90049

Haas Outdoors, Inc.
Attn: Managing Member
PO Box 757
West Point, MS 39773

Hellmich Law Group P.C.
Attn: Managing Member
2967 Michaelson Dr., Bldg. G Suite 491
Irvine, CA 92612

Hong Kong Limited
Attn: Managing Member
16/F-17/F, 26/F, Tower B Regent Centre 6
Wo Yi Hop Road
Kwai Chung, Hong Kong

Internal Revenue Service
Acct No xx-xxx0666
PO Box 7346
Philadelphia, PA 19101

Kochhar & Co.
Attn: Managing Member
Suite #1120-21, 11th Floor
Tower -A DLF Towers, Jasola District
Cenetre New Delhi, India 110025

Kwikee
Attn: Managing Member
PO Box 733327
Dallas, TX 75373

Landsburg
Attn: Managing Member
PO Box 101144
Pasadena, CA 91189

Larry L. Bertsch, CPA & Assoc.
Attn: Managing Member
265 E. Warm Springs #104
Las Vegas, NV 89119

Lathrop & Gage
Attn: Managing Member
4845 Pearl East Circle, Ste. 201
Boulder, CO 80301

Lewis Rocca Rothgerber Christie
Attn: Managing Member
1200 17th Street, Ste. 3000
Denver, CO 80202

Livingston International Inc.
Attn: Managing Member
150 Pierce Rd., Ste. 500
Itasca, IL 60143

Loudmouth Golf, LLC
Attn: S. Bargfrede
7515 Dr. Phillips Blvd. #50-879
Orlando, FL 32819

McHale & Slavin, P.A.
Attn: Managing Member
2855 PGA Blvd.
Palm Beach Gardens, FL 33410

MicroPatent, LLC
Attn: Managing Member
PO Box 71386
Chicago, IL 60694

Monitronics
Attn: Managing Member
Dept. CH 8628
Palatine, IL 60055

NetEffect
Attn: Managing Member
5575 S. Durango Dr., Ste. 110
Las Vegas, NV 89113

Nevada Dept. of Taxation, Bankruptcy Sec
Acct No xxxxxx7275
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Next Generation Recycling Corp.
Acct No 1001
Attn: Managing Member
101 N. Mojave Road
Las Vegas, NV 89101

Nextpoint, Inc.
Attn: Managing Member
4043 N. Ravenswood Ave., Ste. 317
Chicago, IL 60613

NV Energy
Acct No xxxxxxxxxxxxxx9971
Attn: Bankruptcy Dept.
PO Box 30086
Reno, NV 89520

Office of the Attorney General
Grant Sawyer Building
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101

Oracle America, Inc.
Attn: Managing Member
15612 Collections Center Dr.
Chicago, IL 60693

Pitney Bowes
Attn: Managing Member
PO Box 371874
Pittsburgh, PA 15250

Pitney Bowes Global
Attn: Managing Member
PO Box 371887
Pittsburgh, PA 15250

R&L Carriers, Inc.
Attn: Managing Member
PO Box 10020
Port William, OH 45164

ReadyRefresh by Nestle
Attn: Managing Member
PO Box 856158
Louisville, KY 40285

Republic Services #620
PO Box 78829
Phoenix, AZ 85062-8829

S&P Global Market Intelligence
Attn: Managing Member
33356 Collection Center Dr.
Chicago, IL 60693

Sacks Tierney P.A.
Attn: Managing Member
4250 North Drinkwater Blvd.
Fourth Floor
Scottsdale, AZ 85251

Slick Deals
Attn: Managing Member
6010 S. Durango Dr. #200
Las Vegas, NV 89113

Social Security Administration
Office of Regional Chief Counsel Reg. IX
160 Spear Street, Ste. 800
San Francisco, CA 94105

SPS Commerce, Inc.
Attn: Managing Member
VP Box 3
PO Box 9202
Minneapolis, MN 55480

Stevens-Koenig Reporting
Attn: Managing Member
700 17th St., Ste. 1750
Denver, CO 80202

Thomas Reuters
Attn: Managing Member
PO Box 9292
Carol Stream, IL 60197

Tim Kilroy
40 Hutchingson Road
Arlington, MA 02474

UL VS Shanghai Ltd.
Attn: Managing Member
333 Pfingsten Road
Northbrook, IL 60062

ULINE
Attn: Managing Member
2200 Lakeside Dr.
Waukegan, IL 60085

United States Attorney's Office
District of Nevada
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, NV 89101

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

UPS Supply - Dallas
Acct No xxxxx2821
Attn: Managing Member
PO Box 730900
Dallas, TX 75373

UPS Supply - Dallas
Acct No xx4079
Attn: Managing Member
PO Box 7247-0244
Philadelphia, PA 19170

Vantec Hitachi Transport System (USA)
Attn: Junko Komiyama
21061 S. Western Ave., Ste. 300
Torrance, CA 90501

Veritext Records
Attn: Managing Member
1100 Superior Ave., Ste. 1820
Cleveland, OH 44114

Walgreens Company - Danville AP
Attn: Kiesha Allen
16845 Collections Center Dr.
Chicago, IL 60693

WIPO 34
Attn: Managing Member
chemin des Colombettes
1121 Geneva
Geneva Switzerland

XPOLogistics
Attn: Managing Member
9151 Boulevard 26
Building A
North Richland Hills, TX 76180

Name, Address, Telephone No. & I.D. No.
**Talitha Gray Kozlowski 9040**
**650 White Drive, Ste. 100**
**Las Vegas, NV 89119**
**725-777-3000**
**3549 NV**

**UNITED STATES BANKRUPTCY COURT**
District of Nevada

In Re
**U.S.A. Dawgs, Inc.**

Debtor(s)

BANKRUPTCY NO.
CHAPTER NO. **11**

DECLARATION RE: ELECTRONIC FILING OF PETITION
SCHEDULES, STATEMENTS AND PLAN (if applicable)

PART I - DECLARATION OF PETITIONER

I [We] **Steven Mann** and ____________, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

■ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: **January 31, 2018**

Signed: ________________
**Steven Mann/**
(Applicant)

PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: **January 31, 2018**

Signed: */s/ Talitha Gray Kozlowski*
**Talitha Gray Kozlowski 9040**
Attorney for Debtor(s)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com