**Fill in this information to identify the case:**

Debtor name    **U.S.A. Dawgs, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    *BK-S-18-10453-LED*

☒ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒    Other document that requires a declaration    **Amended Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 31, 2018**        X _____
                                           Signature of individual signing on behalf of debtor

                                           **Steven Mann**
                                           Printed name

                                           PRESIDENT + CEO
                                           Position or relationship to debtor

## United States Bankruptcy Court
### District of Nevada

In re  __U.S.A. Dawgs, Inc.__              Case No. __BK-S-18-10453-LED__

                 Debtor(s)             Chapter    __11__

## VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 31, 2018**

**Steven Mann/**
Signer/Title    PRESIDENT + CEO

U.S.A. Dawgs, Inc.
4120 Windmill Lane, Unit 106
Las Vegas, NV 89139

Talitha Gray Kozlowski
Garman Turner Gordon LLP
650 White Drive, Ste. 100
Las Vegas, NV 89119

AmeriMark Direct LLC
Attn: Managing Member
6864 Engle Road
Cleveland, OH 44130

Anthem Blue Cross
Attn: Managing Member
PO Box 541013
Los Angeles, CA 90054

Argen Blando Court Reporting & Video
Attn: Managing Member
216 16th St., Ste. 600
Denver, CO 80202

Arkadin Inc.
Attn: Managing Member
Lockbox #32726 Collection Center Dr.
Chicago, IL 60693

Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

AuptiX, Inc.
Attn: Managing Member
2330 Cousteau Ct.
Vista, CA 92081

BlankLabels.com LLC
Attn: Managing Member
3700 Rose Lake Dr., Ste. A
Charlotte, NC 28217

Blue Diamond Business Center
Building 5
Attn: Managing Member
200 E. Carrillo St., Ste. 100
Santa Barbara, CA 93101

Brad's Deals LLC
Attn: Isabel Grajeda - Shop Smart LLC
640 N. La Salle, Ste. 460
Chicago, IL 60654

Brian Elliott
9821 Savannah Ridge Dr.
Austin, TX 78726

Broad and Cassel Attorneys at Law
Attn: Managing Member
100 S.E. 3rd Avenue, Ste. 2700
Fort Lauderdale, FL 33394

Bureau Veritas Consumer Products Inc.
Attn: Managing Member
14624 Collections Center Dr.
Chicago, IL 60693

Bureau Veritas Hong kong Limited
Attn: Managing Member
1/F Pacific Trade Centre
2 Kai Hing Road
Kowloon Bay, Kowloon Hong Kong

Cartera Commerce
Attn: Managing Member
One Cranberry Hill
Lexington, MA 02421

Channel Key LLC
Attn: Managing Member
4151 N. Pecos Road #200
Las Vegas, NV 89115

ChannelAdvisor
Attn: Managing Member
Lockbox W-502057
PO Box 7777
Philadelphia, PA 19175

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy.
Box 551401
Las Vegas, NV 89155

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
BOx 551220
Las Vegas, NV 89155

CommerceHub Technologies
Attn:Managing Member
25736 Network Place
Chicago, IL 60673

Cox Communications
Acct No xxxxx0601
Attn: Managing Member
PO Box 53262
Phoenix, AZ 85072

Cox Communications
Acct No xxxxx4901
Attn: Managing Member
PO Box 53262
Phoenix, AZ 85072

Criteo Corp.
Attn: Managing Member
PO Box 392422
Pittsburgh, PA 15251

Crocs, Inc.
Attn: Managing Member
7477 E Dry Creek Pkwy.
Longmont, CO 80503

Crocs, Inc.
c/o Michael Berta, Esq.
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

David Kaplan
4120 W. Windmill Lane, #106
Las Vegas, NV 89139

De Fries & Tufekovic IP
Attn: Managing Member
1260 Copenhagen K
Copenhagen, Denmark

de lage landen
Attn: Managing Member
PO Box 41602
Philadelphia, PA 19101

Dept. of Employment, Training & Rehab
Acct No xxxxx9100
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Industries, LLC
Attn: Managing Member
7121 W. Craig Rd. #113-293
Las Vegas, NV 89129

Dickinson Wright PLLC
Attn: Managing Member
8363 West Sunset Rd., Ste. .200
Las Vegas, NV 89113

Dongguan Guilai Package Products Factory
Attn: Managing Member
Xiaogongkan Village-Jianshazhou Wanijag
Dongguan Guangdong Province
China

Ebates Performance Marketing
Attn: Managing Member
999 Plaza Drive, Ste. 310
Schaumburg, IL 60173

FedEx
Acct No xxx-x513-5
Attn: Managing Member
PO Box 7221
Pasadena, CA 91109

FedEx
Acct No xxxx-x936-4
Attn: Managing Member
PO Box 7221
Pasadena, CA 91109

FedEx Trade Netowrks - Chicago
Attn: Managing Member
15704 Collections Center Dr.
Chicago, IL 60693

Fuzhou Jiage Trading Co., Ltd.
Attn: Managing Member
Tianfu Industrial Area
Cangshan, Fuzhou
Fuijan China

GemCap Lending I, LLC
Attn: Managing Member
24955 Pacific Coast Highway, Ste. A202
Malibu, CA 90265

Goldberg Kohn, Ltd.
Attn: Managing Member
55 East Monroe St., Ste. 3300
Chicago, IL 60603

Goodsearh LLC
Attn: Managing Member
PO Box 492176
Los Angeles, CA 90049

Haas Outdoors, Inc.
Attn: Managing Member
PO Box 757
West Point, MS 39773

Hellmich Law Group P.C.
Attn: Managing Member
2967 Michaelson Dr., Bldg. G Suite 491
Irvine, CA 92612

Hong Kong Limited
Attn: Managing Member
16/F-17/F, 26/F, Tower B Regent Centre 6
Wo Yi Hop Road
Kwai Chung, Hong Kong

Internal Revenue Service
Acct No xx-xxx0666
PO Box 7346
Philadelphia, PA 19101

Interpro Manufacturing Ltd.
Attn: Managing Member
Unit 1-3, 4/F, Wing Fat Industrial Bldg.
12 Wing Tai Road
Kowloon Bay, Hong Kong, China

Kochhar & Co.
Attn: Managing Member
Suite #1120-21, 11th Floor
Tower -A DLF Towers, Jasola District
Cenetre New Delhi, India 110025

Kwikee
Attn: Managing Member
PO Box 733327
Dallas, TX 75373

Landsburg
Attn: Managing Member
PO Box 101144
Pasadena, CA 91189

Larry L. Bertsch, CPA & Assoc.
Attn: Managing Member
265 E. Warm Springs #104
Las Vegas, NV 89119

Lathrop & Gage
Attn: Managing Member
4845 Pearl East Circle, Ste. 201
Boulder, CO 80301

Lewis Rocca Rothgerber Christie
Attn: Managing Member
1200 17th Street, Ste. 3000
Denver, CO 80202

Livingston International Inc.
Attn: Managing Member
150 Pierce Rd., Ste. 500
Itasca, IL 60143

Lola Style Inc.
c/o Jason Bravo, Esq.
The Bravo Law Firm
4201 SW 85 Ave.
Miami, FL 33155

Lola Style, Inc.
c/o Christopher J. Van Dam
Christopher J. Van Dam, PA
4855 NW 12th St. #202
Miami, FL 33126

Loudmouth Golf, LLC
Attn: S. Bargfrede
7515 Dr. Phillips Blvd. #50-879
Orlando, FL 32819

McHale & Slavin, P.A.
Attn: Managing Member
2855 PGA Blvd.
Palm Beach Gardens, FL 33410

MicroPatent, LLC
Attn: Managing Member
PO Box 71386
Chicago, IL 60694

Monitronics
Attn: Managing Member
Dept. CH 8628
Palatine, IL 60055

NetEffect
Attn: Managing Member
5575 S. Durango Dr., Ste. 110
Las Vegas, NV 89113

Nevada Dept. of Taxation, Bankruptcy Sec
Acct No xxxxxx7275
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Next Generation Recycling Corp.
Acct No 1001
Attn: Managing Member
101 N. Mojave Road
Las Vegas, NV 89101

Nextpoint, Inc.
Attn: Managing Member
4043 N. Ravenswood Ave., Ste. 317
Chicago, IL 60613

NV Energy
Acct No xxxxxxxxxxxxxx9971
Attn: Bankruptcy Dept.
PO Box 30086
Reno, NV 89520

Office of the Attorney General
Grant Sawyer Building
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101

Oracle America, Inc.
Attn: Managing Member
15612 Collections Center Dr.
Chicago, IL 60693

Pitney Bowes
Attn: Managing Member
PO Box 371874
Pittsburgh, PA 15250

Pitney Bowes Global
Attn: Managing Member
PO Box 371887
Pittsburgh, PA 15250

R&L Carriers, Inc.
Attn: Managing Member
PO Box 10020
Port William, OH 45164

ReadyRefresh by Nestle
Attn: Managing Member
PO Box 856158
Louisville, KY 40285

Republic Services #620
PO Box 78829
Phoenix, AZ 85062-8829

S&P Global Market Intelligence
Attn: Managing Member
33356 Collection Center Dr.
Chicago, IL 60693

Sacks Tierney P.A.
Attn: Managing Member
4250 North Drinkwater Blvd.
Fourth Floor
Scottsdale, AZ 85251

Slick Deals
Attn: Managing Member
6010 S. Durango Dr. #200
Las Vegas, NV 89113

Social Security Administration
Office of Regional Chief Counsel Reg. IX
160 Spear Street, Ste. 800
San Francisco, CA 94105

Spilotro Law Group & Daniel Spilotro
c/o Peter M. Angulo, Esq.
Olson, Cannon, Gormley, Angulo Stoberski
9950 W. Cheyenne Ave.
Las Vegas, NV 89129

SPS Commerce, Inc.
Attn: Managing Member
VP Box 3
PO Box 9202
Minneapolis, MN 55480

Stevens-Koenig Reporting
Attn: Managing Member
700 17th St., Ste. 1750
Denver, CO 80202

Thompson Reuters
Attn: Managing Member
PO Box 9292
Carol Stream, IL 60197

Tim Kilroy
40 Hutchingson Road
Arlington, MA 02474

Todd Lander, Esq.
Freeman Freeman Smiley
1888 Century Park East, Suite 1900
Los Angeles, CA 90067

UL VS Shanghai Ltd.
Attn: Managing Member
333 Pfingsten Road
Northbrook, IL 60062

```
ULINE
Attn: Managing Member
2200 Lakeside Dr.
Waukegan, IL 60085

United States Attorney's Office
District of Nevada
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, NV 89101

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

UPS Supply
c/o Kenneth T. Law, Esq.
Bialson bergen & Schwab
633 Menlo Ave., Ste. 100
Menlo Park, CA 94025

UPS Supply - Dallas
Acct No xxxxx2821
Attn: Managing Member
PO Box 730900
Dallas, TX 75373

UPS Supply - Dallas
Acct No xx4079
Attn: Managing Member
PO Box 7247-0244
Philadelphia, PA 19170

Vantec Hitachi Transport System (USA)
Attn: Junko Komiyama
21061 S. Western Ave., Ste. 300
Torrance, CA 90501

Veritext Records
Attn: Managing Member
1100 Superior Ave., Ste. 1820
Cleveland, OH 44114

Walgreens Company
c/o Richard K. Hellerman
The Law Office of Richard K. Hellerman
222 South Riverside Plaza, Ste. 2100
Chicago, IL 60606

Walgreens Company - Danville AP
Attn: Kiesha Allen
16845 Collections Center Dr.
Chicago, IL 60693
```

```
WIPO 34
Attn: Managing Member
chemin des Colombettes
1121 Geneva
Geneva Switzerland

XPOLogistics
Attn: Managing Member
9151 Boulevard 26
Building A
North Richland Hills, TX 76180
```