Ogonna M. Brown, Esq. (NV Bar No. 7589)
Email: obrown@nevadafirm.com
F. Thomas Edwards, Esq. (NV Bar No. 9549)
Email: tedwards@nevadafirm.com
Mary Langsner, Esq. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
*Attorney for GemCap Lending I, LLC*

E-filed on: February 8, 2018
Todd M. Lander, Esq. (CA Bar No. 17031)
Email: todd.lander@ffslaw.com
*Pro Hac Approved*
Arash Beral, Esq. (CA Bar No. 245219)
Email: arash.beral@ffslaw.com
*Pro Hac Approved*
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

U.S.A. DAWGS, INC.,

Debtor.

Case No. BK-S-18-10453-LED
Chapter 11

**NOTICE OF MOTION/HEARING ON MOTION TO DISMISS OR APPOINT A TRUSTEE FOR BAD FAITH OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ABSTENTION**

Date of Hearing:    March 12, 2018
Time of Hearing:    9:30 a.m.
Place: Courtroom No. 3, Third Floor
       Foley Federal Building
       300 Las Vegas Blvd., S.
       Las Vegas, NV 89101

Judge: Hon. Laurel E. Davis

**NOTICE IS HEREBY GIVEN** that a Motion to Dismiss or Appoint a Trustee For Bad Faith or, In the Alternative, Motion For Relief From the Automatic Stay Or For Abstention (the "Motion") was filed on February 8, 2018, by Ogonna M. Brown, Esq., F. Thomas Edwards, Esq. and Mary Langsner, Esq. of the law firm of Holley Driggs Walch Fine Wray Puzey & Thompson and Todd M. Lander, Esq. and Arash Beral, Esq. of the law firm for Freeman, Freeman & Smiley, LLP. The Motion seeks GemCap seeks dismissal of the chapter 11 bankruptcy case of Debtor U.S.A. Dawgs, Inc. ("Debtor") or appointment of a chapter 11 trustee or examiner; or, in the alternative, that GemCap be afforded relief from the automatic stay to pursue the pending California Litigation or that this Court abstain until resolution of the California Litigation. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

11933-02/2003142.docx

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your reviews on the Motion, then you must file an opposition with the Court, and serve a copy of the person making the Motion ***no later than fourteen (14) days preceding the hearing date for the Motion.*** The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

A copy of the above-referenced Motion is on file with the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Fourth Floor, Las Vegas, Nevada 89101.

---

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

---

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Courtroom No. 3, Las Vegas, Nevada on **March 12, 2018 at 9:30 a.m.**

Dated this 9th day of February, 2018.

        **HOLLEY DRIGGS WALCH**
        **FINE WRAY PUZEY & THOMPSON**

        _____
        Ogonna M. Brown, Esq. (NV Bar No. 7589)
        F. Thomas Edwards, Esq. (NV Bar No. 9549)
        Mary Langsner (NV Bar No. 13707)
        400 South Fourth Street, Third Floor
        Las Vegas, Nevada 89101

        **FREEMAN, FREEMAN & SMILEY, LLP**
        Todd M. Lander, Esq. (CA Bar No. 17031) *Pro Hac Approved*
        Arash Beral, Esq. (CA Bar No. 245219) *Pro Hac Approved*
        1888 Century Park East, Suite 1900
        Los Angeles, California 90067
        *Attorneys for GemCap Lending I, LLC*

[11933-02/2003142.docx]

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Holley Driggs Walch Fine Wray Puzey & Thompson, and that on the 9th day of February, 2018, I caused to be served a true and correct copy of NOTICE OF MOTION/HEARING ON MOTION TO DISMISS OR APPOINT A TRUSTEE FOR BAD FAITH OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ABSTENTION in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ signature

An employee of Holley Driggs Walch Fine Wray Puzey & Thompson

[11933-02/2003142.docx]

- 3 -