GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
MARK M. WEISENMILLER, ESQ.
Nevada Bar No. 12128
E-mail: mweisenmiller@gtg.legal
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone 725-777-3000
*[Proposed] Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-S-18-10453-LED |
| U.S.A. DAWGS, INC., | Chapter 11 |
| Debtor. | Date: N/A <br> Time: N/A |

**OPPOSITION TO EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO DISMISS OR APPOINT A TRUSTEE FOR BAD FAITH OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM <u>THE AUTOMATIC STAY OR FOR ABSTENTION</u>**

U.S.A. Dawgs, Inc., debtor and debtor-in-possession (the "<u>Debtor</u>"), by and through its proposed counsel, Garman Turner Gordon, LLP, hereby submits its opposition (the "<u>Opposition</u>") to the *Ex Parte Application for Order Shortening Time to Hear Motion to Dismiss or Appoint a Trustee for Bad Faith or, in the Alternative, Motion for Relief From the Automatic Stay or for Abstention* [ECF No. 52] (the "<u>OST Application</u>"), filed by GemCap Lending I, LLC ("<u>GemCap</u>") on February 8, 2018.

In the Motion[1], GemCap requests that the Court: (i) dismiss the chapter 11 case under Section 1112; (ii) appoint a trustee or examiner for bad faith; (iii) order relief from the automatic stay under Section 362 to pursue pending California litigation; or (iv) abstain from hearing the

---

[1] "<u>Motion</u>" as used herein refers to the *Motion to Dismiss or Appoint a Trustee for Bad Faith or, in the Alternative, Motion for Relief From the Automatic Stay or for Abstention* [ECF No. 45].

4825-8993-5709, v. 1

chapter 11 case until resolution of the California litigation pursuant to Section 305. See Motion, p. 1. Despite the extraordinary relief requested, GemCap has requested "that a hearing be scheduled on shortened time instead of in the ordinary course to prevent a prolonged period of Debtor's use of GemCap's cash collateral." See Motion, p. 7. Through the OST Application GemCap requests that the Motion be heard on shorten time at the Court's earliest convenience or at the same date and time at which the Court conducts a continued hearing on Debtor's contested cash collateral motion. See id., p. 2.

After filing the OST Application, GemCap filed its *Notice of Motion/Hearing on Motion to Dismiss or Appoint a Trustee for Bad Faith or, in the Alternative, Motion for Relief From the Automatic Stay or for Abstention* [ECF No. 57] (the "NOH"), thereby setting the Motion for hearing on March 12, 2018, at 9:30 a.m. GemCap served the NOH on February 9, 2018. See ECF No. 58.

As GemCap filed and served the NOH, thereby setting the hearing on the Motion on March 12, 2018, at 9:30 a.m., the OST Application has effectively been withdrawn. To the extent it remains pending, it should be denied. GemCap plainly acknowledges that it seeks to have the Motion heard on shortened time to "prevent a prolonged period of Debtor's use of GemCap's cash collateral." The Court ruled on Debtor's request for use of GemCap's cash collateral on February 9, 2018, and overruled GemCap's objections to such use. The Court set a final hearing (the "Final Hearing") on cash collateral for February 26, 2018 [see ECF No. 56], where GemCap can present its arguments regarding the use of cash collateral and the Court will likewise issue an order on the same. Thus, GemCap's Motion and OST application is simply an end-run-around this Court's February 9 interim order on cash collateral and any further hearings on cash collateral.

Based upon the foregoing, Debtor respectfully requests that the Court deny the OST Application and hear the Motion on ordinary time on March 12, 2018, at 9:30 a.m., the date and time that GemCap already notified interested parties that the Motion would be heard.

…

…

DATED this 12th day of February, 2018.

          GARMAN TURNER GORDON LLP

          By: */s/ Mark M. Weisenmiller*
             TALITHA GRAY KOZLOWSKI, ESQ.
             TERESA M PILATOWICZ, ESQ.
             MARK M. WEISENMILLER, ESQ.
             650 White Drive, Suite 100
             Las Vegas, Nevada 89119
             *[Proposed] Attorneys for Debtor*