Brian E. Holthus, Esq.  
Nevada Bar No. 2720  
Email: beh@juwlaw.com  
JOLLEY URGA WOODBURY HOLTHUS & ROSE  
330 S. Rampart Blvd., Ste. 380  
Las Vegas, Nevada 89145  
Telephone:   (702) 699-7500  
Facsimile:   (702) 699-7555  
*Attorneys for Crocs, Inc.*

*E-filed: 12-16-17*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:

U.S.A. DAWGS INC.,

Debtor.

Case No.: BK-S-18-10453-LED

Chapter 11

Date: March 20, 2018  
Time: 9:30 a.m.

**NOTICE OF HEARING ON MOTION OF CROCS, INC. FOR (I) A DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY TO ADJUDICATION OF PENDING SANCTIONS MOTIONS IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA OR, IN THE ALTERNATIVE, (II) RELIEF FROM THE AUTOMATIC STAY TO PERMIT THE DISTRICT COURT TO RESOLVE MOTIONS FOR SANCTIONS**

NOTICE IS HEREBY GIVEN that a Motion of Crocs, Inc. For (I) A Determination That the Automatic Stay Does Not Apply to Adjudication of Pending Sanctions Motions in the United States District Court for the District of Nevada or, in the Alternative, (II) Relief From the Automatic Stay to Permit the District Court to Resolve Motions for Sanctions ("Motion") was filed herein by Brian E. Holthus, Esq., attorney for Crocs, Inc.. ("Crocs"). The motion seeks an order confirming Crocs' Motions for Sanctions is exempt from the automatic stay. In the alternative, Crocs seek and order terminating the automatic stay so that Crocs may proceed to permit the District Court to resolve the Motions for Sanctions. Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief

623790

Page 1 of 5

sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

* The court may refuse to allow you to speak at the scheduled hearing; and
* The court may rule against you without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on said motion will be held before a United States Bankruptcy Judge, 300 Las Vegas Blvd., Las Vegas, Nevada 89101 on March 20, 2018 at 9:30 a.m.

DATED this 15th day of February, 2018.

JOLLEY URGA WOODBURY HOLTHUS & ROSE

By: _____
Brian E. Holthus, Esq.
330 S. Rampart Blvd., Ste. 380
Las Vegas, Nevada 89145
*Attorneys for Crocs, Inc.*

623790

## CERTIFICATE OF SERVICE

This will hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years, and not a party to this action. My business address is that of JOLLEY URGA WOODBURY HOLTHUS & ROSE, 330 S. Rampart Blvd., Ste. 380, Las Vegas, Nevada 89145.

On February 10, 2018, I served the foregoing document, described as: **MOTION OF CROCS, INC. FOR (I) A DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY TO ADJUDICATION OF PENDING SANCTIONS MOTIONS IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA OR, IN THE ALTERNATIVE, (II) RELIEF FROM THE AUTOMATIC STAY TO PERMIT THE DISTRICT COURT TO RESOLVE MOTIONS FOR SANCTIONS**

I served the above-named document(s) by the following means to the persons as listed below:

☒ a. **ECF System**

OGONNA M. BROWN on behalf of Creditor   GEMCAP LENDING
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Creditor   GEMCAP LENDING I, LLC
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

F. THOMAS EDWARDS on behalf of Creditor   GEMCAP LENDING
tedwards@nevadafirm.com, nmoseley@nevadafirm.com

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor   U.S.A. DAWGS, INC.
tgray@gtg.legal, bknotices@gtg.legal

BRIAN E HOLTHUS on behalf of Creditor   CROCS, INC.
bankruptcy@juww.com, bankruptcy@juwlaw.com;mw@juww.com;mw@juwlaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee   U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

TERESA M. PILATOWICZ on behalf of Debtor   U.S.A. DAWGS, INC.
tpilatowicz@gtg.legal, bknotices@gtg.legal

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Debtor   U.S.A. DAWGS, INC.
mweisenmiller@gtg.legal, bknotices@gtg.legal

623790

1  ANTHONY S. H. WONG on behalf of Creditor   PACIFICA BLUE DIAMOND V, LLC
   awong@wshblaw.com,
2  mledesma@wshblaw.com;tgross@wshblaw.com;cmulder@wshblaw.com

3

4  ☐ b. **BY U.S. MAIL** (I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) was/were mailed with postage thereon fully prepaid.)
5
6          I am readily familiar with JOLLEY URGA WOODBURY HOLTHUS & ROSE's practice of collection and processing correspondence for mailing.  Under that practice, documents are deposited with the U.S. Postal Service on the same day which is state in the proof
7  of service, with postage fully prepaid at Las Vegas, NV in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if the postal cancellation date
8  of postage meter date is more than once a day after the date stated in this proof of service.

9  A true copy thereof enclosed in a sealed envelope addressed as follows:

10 FREEMAN, FREEMAN & SMILEY, LLP
11 1888 CENTURY PARK EAST
   SUITE 1900
12 LOS ANGELES, CA 90067

13 T. BLAKE GROSS on behalf of Creditor
   PACIFICA BLUE DIAMOND V, LLC
14 WOOD, SMITH, HENNING & BERMAN LLP
15 7674 WEST LAKE MEAD BLVD, SUITE 150
   LAS VEGAS, NV 89128-6644
16
17 TODD M. LANDER on behalf of Creditor
   GEMCAP LENDING I, LLC
18 FREEMAN, FREEMAN & SMILEY, LLP
   1888 CENTURY PARK EAST
19 SUITE 1900
   LOS ANGELES, CA 90067
20
21 KENNETH T LAW on behalf of Creditor
   UNITED PARCEL SERVICE, INC.
22 BIALSON, BERGEN & SCHWAB
   633 MENLO AVE., STE 100
23 MENLO PARK, CA 94025

24 SEE ATTACHED MATRIX

25

26 ☐ c. **BY PERSONAL SERVICE** *(List persons and addresses.  Attach additional paper if necessary)*

27 ☐ d. **BY DIRECT MAIL** *(as opposed to through the ECF System) (List persons and email*

28                                                                                              Page 4 of 5
   623790

*addresses. Attach additional paper if necessary)*

☐ e. **BY FACSIMILE TRANSMISSION**

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: February __16__, 2018.

_____
An Employee of JOLLEY URGA WOODBURY HOLTHUS & ROSE

623790

```
Label Matrix for local noticing           CROCS, INC.                               GEMCAP LENDING
0978-2                                    c/o Jolley Urga Woodbury Holthus & Rose   C/O OGONNA M. BROWN
Case 18-10453-led                         Attn:  Brian E. Holthus, Esq.             400 SOUTH FOURTH STREET, THIRD FLOOR
District of Nevada                        330 S. Rampart Blvd.                      LAS VEGAS, NV 89101-6201
Las Vegas                                 Suite 380
Thu Feb 15 15:54:54 PST 2018              Las Vegas, NV 89145-5754

GEMCAP LENDING I, LLC                     PACIFICA BLUE DIAMOND V, LLC              U.S.A. DAWGS, INC.
C/O OGONNA M. BROWN                       WOOD SMITH HENNING & BERMAN, LLP          4120 WINDMILL LANE
400 SOUTH FOURTH STREET, THIRD FLOOR      7674 W LAKE MEAD, BLVD, STE 150           UNIT 106
LAS VEGAS, NV 89101-6201                  LAS VEGAS, NV 89128-6644                  LAS VEGAS, NV 89139-5855


UNITED PARCEL SERVICE, INC.               United States Bankruptcy Court            AmeriMark Direct LLC
C/O LAWRENCE M. SCHWAB, ESQ. / BIALSON..  300 Las Vegas Blvd., South                Attn: Managing Member
633 MENLO AVE, STE 100                    Las Vegas, NV 89101-5833                  6864 Engle Road
MENLO PARK, CA 94025-4711                                                           Cleveland, OH 44130-7910



Anthem Blue Cross                         Argen Blando Court Reporting & Video      Arkadin Inc.
Attn: Managing Member                     Attn: Managing Member                     Attn: Managing Member
PO Box 541013                             216 16th St., Ste. 600                    Lockbox #32726 Collection Center Dr
Los Angeles, CA 90054-1013                Denver, CO 80202-5162                     Chicago, IL 60693-0001



BRIAN E. HOLTHUS, ESQ.                    BlankLabels.com LLC                       Blue Diamond Business Center
JOLLY URGA WOODBURY HOTHUS & ROSE         Attn: Managing Member                     Building 5
330 S RAMPART BLVD, STE. 380              3700 Rose Lake Dr., Ste. A                Attn: Managing Member
LAS VEGAS, NV 89145-5754                  Charlotte, NC 28217-2814                  200 E. Carrillo St., Ste. 100
                                                                                    Santa Barbara, CA 93101-2143

Brad's Deals LLC                          Brian Elliott                             Broad and Cassel Attorneys at Law Attn: Mana
Attn: Isabel Grajeda - Shop Smart LLC     9821 Savannah Ridge Dr.                   100 S.E. 3rd Avenue, Ste. 2700 Fort Laud
640 N. La Salle, Ste. 460                 Austin, TX 78726-1930                     Bureau Veritas Consumer Products Inc.
Chicago, IL 60654-3731                                                              Attn: Managing Member
                                                                                    14624 Collections Center Dr.
                                                                                    Chicago, IL 60693-0146

Bureau Veritas Hong kong Limited          Cartera Commerce                          Channel Key LLC
Attn: Managing Member                     Attn: Managing Member                     Attn: Managing Member
1/F Pacific Trade Centre                  One Cranberry Hill                        4151 N. Pecos Road #200
2 Kai Hing Road                           Lexington, MA 02421-7397                  Las Vegas, NV 89115-0189
Kowloon Bay, Kowloon Hong Kong


ChannelAdvisor                            Clark County Assessor                     Clark County Treasurer
Attn: Managing Member                     c/o Bankruptcy Clerk                      c/o Bankruptcy Clerk
Lockbox W-502057                          500 S Grand Central Pkwy.                 500 S. Grand Central Pkwy.
PO Box 7777                               Box 551401                                BOx 551220
Philadelphia, PA 19175-0001               Las Vegas, NV 89155-4502                  Las Vegas, NV 89155-4502


CommerceHub Technologies                  Cox Communications                        Criteo Corp.
Attn:Managing Member                      Attn: Managing Member                     Attn: Managing Member
25736 Network Place                       PO Box 53262                              PO Box 392422
Chicago, IL 60673-1257                    Phoenix, AZ 85072-3262                    Pittsburgh, PA 15251-9422



Crocs                                     Crocs                                     David Kaplan
Attn: Managing Member                     c/o Michael Berta, Esq.                   4120 W. Windmill Lane, #106
7477 E Dry Creek Pkwy.                    Arnold & Porter Kaye Scholer, LLP         Las Vegas, NV 89139-5855
Longmont, CO 80503-8021                   Three Embarcadero Center
                                          10th Floor
                                          San Francisco, CA 94111-4075
```

| | | |
|---|---|---|
| De Fries & Tufekovic IP<br>Attn: Managing Member<br>1260 Copenhagen K<br>Copenhagen, Denmark | Dept. of Employment, Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713-0002 | Desert Industries, LLC<br>Attn: Managing Member<br>7121 W. Craig Rd. #113-293<br>Las Vegas, NV 89129-6001 |
| Dickinson Wright PLLC<br>Attn: Managing Member<br>8363 West Sunset Rd., Ste. .200<br>Las Vegas, NV 89113-2210 | Dongguan Guilai Package Products Factory<br>Attn: Managing Member<br>Xiaogongkan Village-Jianshazhou Wanijag<br>Dongguan Guangdong Province<br>China | Ebates Performance Marketing<br>Attn: Managing Member<br>999 Plaza Drive, Ste. 310<br>Schaumburg, IL 60173-5405 |
| FedEx<br>Attn: Managing Member<br>PO Box 7221<br>Pasadena, CA 91109-7321 | FedEx Trade Netowrks - Chicago Attn: Managin<br>15704 Collections Center Dr.<br>Chicago, IL 60693-0157 | Federal Express Corporation<br>Attn: Managing Member<br>7900 Legacy Drive<br>Plano, TX 75024-4089 |
| Fuzhou Jiage Trading Co., Ltd.<br>Attn: Managing Member<br>Tianfu Industrial Area<br>Cangshan, Fuzhou<br>Fuijan China | GemCap Lending I, LLC<br>Attn: Managing Member<br>24955 Pacific Coast Highway, Ste. A202<br>Malibu, CA 90265-4747 | Goldberg Kohn, Ltd.<br>Attn: Managing Member<br>55 East Monroe St., Ste. 3300<br>Chicago, IL 60603-5800 |
| Goodsearh LLC<br>Attn: Managing Member<br>PO Box 492176<br>Los Angeles, CA 90049-8176 | Haas Outdoors, Inc.<br>Attn: Managing Member<br>PO Box 757<br>West Point, MS 39773-0757 | Hellmich Law Group P.C.<br>Attn: Managing Member<br>2967 Michaelson Dr., Bldg. G Suite 491<br>Irvine, CA 92612-8801 |
| Hellmich Law Group P.C.<br>Attn: Managing Member<br>5753 E Santa Ana Canyon Rd., Bldg. G<br>Suite 512<br>Anaheim, CA 92807-3296 | Hong Kong Limited<br>Attn: Managing Member<br>16/F-17/F, 26/F, Tower B Regent Centre 6<br>Wo Yi Hop Road<br>Kwai Chung, Hong Kong | Internal Revenue Service<br>Acct No xx-xxx0666<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Interpro Manufacturing Ltd.<br>Attn: Managing Member<br>Unit 1-3, 4/F, Wing Fat Industrial Bldg.<br>12 Wing Tai Road<br>Kowloon Bay, Hong Kong, China | Kochhar & Co.<br>Attn: Managing Member<br>Suite #1120-21, 11th Floor<br>Tower -A DLF Towers, Jasola District<br>Cenetre New Delhi, India 110025 | Kwikee<br>Attn: Managing Member<br>PO Box 733327<br>Dallas, TX 75373-3327 |
| Landsburg<br>Attn: Managing Member<br>PO Box 101144<br>Pasadena, CA 91189-0005 | Larry L. Bertsch, CPA & Assoc.<br>Attn: Managing Member<br>265 E. Warm Springs #104<br>Las Vegas, NV 89119-4230 | Lathrop & Gage<br>Attn: Managing Member<br>4845 Pearl East Circle, Ste. 201<br>Boulder, CO 80301-6112 |
| Lewis Rocca Rothgerber Christie<br>Attn: Managing Member<br>1200 17th Street, Ste. 3000<br>Denver, CO 80202-5855 | Livingston International Inc.<br>Attn: Managing Member<br>150 Pierce Rd., Ste. 500<br>Itasca, IL 60143-1228 | Lola Style, Inc.<br>Attn: Managing Member<br>241 SW 19th Road<br>Miami, FL 33129-1424 |
| Lola Style, Inc.<br>c/o Christopher J. Van Dam, Esq.<br>Christopher J. Van Dam, PA<br>7855 NW 12th St. #202<br>Miami, FL 33126-1819 | Lola Style, Inc.<br>c/o Jason Bravo, Esq.<br>The Bravo Law Firm<br>4201 SW 85 Ave.<br>Miami, FL 33155-4138 | Loudmouth Golf, LLC<br>Attn: S. Bargfrede<br>7515 Dr. Phillips Blvd. #50-879<br>Orlando, FL 32819 |

McHale & Slavin, P.A.
Attn: Managing Member
2855 PGA Blvd.
Palm Beach Gardens, FL 33410-2910

MicroPatent, LLC
Attn: Managing Member
PO Box 71386
Chicago, IL 60694-1386

Monitronics
Attn: Managing Member
Dept. CH 8628
Palatine, IL 60055-0001

NV Energy
Attn: Bankruptcy Dept.
PO Box 30086
Reno, NV 89520-3086

NetEffect
Attn: Managing Member
5575 S. Durango Dr., Ste. 110
Las Vegas, NV 89113-1834

NetSuite Subscription Services
Attn: Managing Member
2955 Campus Dr., Ste. 100
San Mateo, CA 94403-2539

Nevada Dept. of Taxation, Bankruptcy Sec
555 E. Washington Ave., #1300
Las Vegas, NV 89101-1046

Next Generation Recycling Corp.
Attn: Managing Member
101 N. Mojave Road
Las Vegas, NV 89101-4802

Nextpoint, Inc.
Attn: Managing Member
4043 N. Ravenswood Ave., Ste. 317
Chicago, IL 60613-5684

OFFICE DEPOT
6600 N. MILITARY TRAIL - S413G
BOCA RATON, FL 33496-2434

OGONNA M. BROWN, ESQ.
F. THOMAS EDWARDS, ESQ.
Holley Driggs Walch Fine Wray Puzey & Th
400 S. FOURTH STREET, 3RD FLOOR
LAS VEGAS, NV 89101-6201

Office of the Attorney General
Grant Sawyer Building
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101-1068

Oracle America, Inc.
Attn: Managing Member
15612 Collections Center Dr.
Chicago, IL 60693-0156

Pacifica Blue Diamond V, LLC
c/o Pacifica Property Management
200 E. Carrillo Street, Suite 100
Santa Barbara, CA 93101-2143

Pitney Bowes
Attn: Managing Member
PO Box 371874
Pittsburgh, PA 15250-7874

Pitney Bowes Global
Attn: Managing Member
PO Box 371887
Pittsburgh, PA 15250-7887

R&L CARRIERS, INC.
600 GILLAM RD.
WILMINGTON, OH 45177-9089

R&L Carriers, Inc.
Attn: Managing Member
PO Box 10020
Port William, OH 45164-2000

ReadyRefresh by Nestle
Attn: Managing Member
PO Box 856158
Louisville, KY 40285-6158

Republic Services #620
PO Box 78829
Phoenix, AZ 85062-8829

S&P Global Market Intelligence
Attn: Managing Member
33356 Collection Center Dr.
Chicago, IL 60693-0333

SPS Commerce, Inc.
Attn: Managing Member
VP Box 3
PO Box 9202
Minneapolis, MN 55480-9202

Sacks Tierney P.A.
Attn: Managing Member
4250 North Drinkwater Blvd.
Fourth Floor
Scottsdale, AZ 85251-3981

Slick Deals
Attn: Managing Member
6010 S. Durango Dr. #200
Las Vegas, NV 89113-1788

Social Security Administration
Office of Regional Chief Counsel Reg. IX
160 Spear Street, Ste. 800
San Francisco, CA 94105-1545

Spilotoro Law Group
Attn: Managing Member
6160 N. Cicero Ave., Ste. 122
Chicago, IL 60646-4308

Spilotro Law Group, LLC & Daniel Spilotro
c/o Peter M. Angulo, Esq.
Olson, Cannon, Gormley
Angulo & Stoberski
9950 W. Cheyenne Ave.
Las Vegas 89129-7700

Spilotro Law Group, LLC & Daniel Spilotro
c/o Peter M. Angulo, Esq.
Olson, Cannon, Gormley
Angulo & Stoberski
9950 W. Cheyenne Ave.
Las Vegas, NV 89129-7700

Steven Mann
c/o U.S.A. Dawgs, Inc.
4120 Windmill Lane, Unit 106
Las Vegas, NV 89139-5855

Stevens-Koenig Reporting
Attn: Managing Member
700 17th St., Ste. 1750
Denver, CO 80202-3561

| | | |
|---|---|---|
| T. Blake Gross, Esq.<br>Anthony S. Wong, Esq.<br>WOOD, SMITH, HENNING & BERMAN LLP<br>7674 West Lake Mead BLVD, Ste 150<br>Las Vegas, Nevada 89128-6644 | Talitha Gray Kozlowski<br>Garman Turner Gordon LLP<br>650 White Drive, Ste. 100<br>Las Vegas, NV 89119-9018 | Thomas Reuters<br>Attn: Managing Member<br>PO Box 9292<br>Carol Stream, IL 60197 |
| Tim Kilroy<br>40 Hutchingson Road<br>Arlington, MA 02474-1901 | Todd Lander, Esq.<br>Freeman Freeman Smiley<br>1888 Century Park East, Suite 1900<br>Los Angeles, CA 90067-1723 | U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 |
| UL VS Shanghai Ltd.<br>Attn: Managing Member<br>333 Pfingsten Road<br>Northbrook, IL 60062-2002 | ULINE<br>Attn: Managing Member<br>2200 Lakeside Dr.<br>Waukegan, IL 60085-8311 | UPS Supply<br>c/o Kenneth T. Law, Esq.<br>Bialson bergen & Schwab<br>633 Menlo Ave., Ste. 100<br>Menlo Park, CA 94025-4711 |
| UPS Supply - Dallas<br>Attn: Managing Member<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | UPS Supply - Dallas<br>Attn: Managing Member<br>PO Box 730900<br>Dallas, TX 75373-0900 | United States Attorney's Office Distric<br>501 Las Vegas Blvd. South, Ste. 1100<br>Las Vegas, NV 89101-6521 |
| United States Trustee<br>300 Las Vegas Blvd. South #4300<br>Las Vegas, NV 89101-5803 | Vantec Hitachi Transport System (USA)<br>Attn: Junko Komiyama<br>21061 S. Western Ave., Ste. 300<br>Torrance, CA 90501-1735 | Veritext Records<br>Attn: Managing Member<br>1100 Superior Ave., Ste. 1820<br>Cleveland, OH 44114-2544 |
| WIPO 34<br>Attn: Managing Member<br>chemin des Colombettes<br>1121 Geneva<br>Geneva Switzerland | Walgreens Company<br>c/o Richard K. Hellerman<br>222 South Riverside Plaza, Ste. 2100<br>Chicago, IL 60606-6101 | Walgreens Company - Danville AP<br>Attn: Kiesha Allen<br>16845 Collections Center Dr.<br>Chicago, IL 60693-0168 |
| Washington, DC 20530<br>AuptiX, Inc.<br>Attn: Managing Member<br>2330 Cousteau Ct.<br>Vista, CA 92081-8366 | XPOLogistics<br>Attn: Managing Member<br>9151 Boulevard 26<br>Building A<br>North Richland Hills, TX 76180-5600 | de lage landen<br>Attn: Managing Member<br>PO Box 41602<br>Philadelphia, PA 19101-1602 |
| MARK M. WEISENMILLER<br>GARMAN TURNER GORDON LLP<br>650 WHITE DRIVE, SUITE 100<br>LAS VEGAS, NV 89119-9018 | TALITHA B. GRAY KOZLOWSKI<br>GTG,LLP<br>650 WHITE DRIVE, SUITE 100<br>LAS VEGAS, NV 89119-9018 | TERESA M. PILATOWICZ<br>GARMAN TURNER GORDON<br>650 WHITE DRIVE, SUITE 100<br>LAS VEGAS, NV 89119-9018 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW | (d)U.S.A. Dawgs, Inc.<br>4120 Windmill Lane, Unit 106<br>Las Vegas, NV 89139-5855 | End of Label Matrix<br>Mailable recipients   113<br>Bypassed recipients     2<br>Total                  115 |