Ogonna M. Brown, Esq. (NV Bar No. 7589)
Email:  obrown@nevadafirm.com
F. Thomas Edwards, Esq. (NV Bar No. 9549)
Email:  tedwards@nevadafirm.com
Mary Langsner, Esq. (NV Bar NO. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
*Attorneys for GemCap Lending I, LLC*

E-filed on:  May 3, 2018
Todd M. Lander, Esq. (CA Bar No. 173031)
Email: todd.lander@ffslaw.com
Admitted *Pro Hac Vice*
Arash Beral, Esq. (CA Bar No. 245219)
Email: arash.beral@ffslaw.com
Admitted *Pro Hac Vice*
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

U.S.A. DAWGS, INC.,

Debtor.

Case No.  18-10453-LEB
Chapter 11

**SUPPLEMENTAL DECLARATION OF RICHARD ELLIS IN SUPPORT OF SECURED CREDITOR GEMCAP LENDING I, LLC'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS OR APPOINT A TRUSTEE FOR BAD FAITH OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ABSTENTION**

Date of Evidentiary Hearing: **May 10, 2018**
Time of Evidentiary Hearing: **9:30 a.m.**

I, Richard Ellis, declare that:

1. I am over the age of 18 and mentally competent. Except where stated on information and belief, I have personal knowledge of the facts in this matter, and if called upon to testify, could and would do so. I am the co-President of secured creditor GemCap Lending I, LLC ("GemCap").

2. I make this Supplemental Declaration in Support of GemCap's Reply Brief in support of its Motion to Dismiss or Appoint a Trustee for Bad Faith or, in the Alternative, Motion for Relief from the Automatic Stay or Abstention.

2038604_3 3780965.1 24093-808

3. I have personally reviewed U.S.A. Dawgs, Inc.'s (the "Debtor") reports filed in this action, including its Monthly Operating Reports and Cash Collateral Reports (ECF Nos. 180, 234, 235, 250). From there, I assisted with the preparation of the following graph that summarizes the evidence of the Debtor's inventory purchases as measured against gross inventory, inventory depletion, and protection payments over the bankruptcy period (February – April 2018).



As the above graph shows, from February 2018 to April 2018, Debtor's inventory depleted by over $400,000. During that period, Debtor purportedly replenished that inventory by only $50,000 and had adequate protection payments made of only $100,000. In other words, since the Petition Date of January 31, 2018, GemCap's cash collateral has demonstrably been depleted by an amount of $400,000, while GemCap was only able to "recoup" $100,000 in payments and $50,000 "on paper" in purported inventory, resulting in a net loss of collateral at least $250,000.

4. Next, we at GemCap became determined to gather historical information in order to evaluate the trend line of Debtor's inventory depletion as measured against the other criteria listed above. Using Debtor's own information provided in Borrowing Base Certificates that were furnished to GemCap as well as with the Court and in the bankruptcy case record, I assisted

in the preparation of the following graph showing the monthly averages (versus monthly totals in the prior graph), of the same measure of information.

[Chart: Inventory Purchases and Depletion — Monthly Averages, showing INVENTORY PURCHASES, INVENTORY DEPLETED, PROTECTION PAYMENTS, and GROSS INVENTORY across ALL 2015, ALL 2016, ALL 2017, and FEB to APR 2018.]

As can be seen by the illustration above, Debtor's gross inventory has long been declining and so have its inventory purchases. That decline (or corresponding depletion number), as measured against the inventory purchase number, has only been accelerating. During the pendency of the bankruptcy case alone, Debtor's depletion in inventory has far surpassed its replenishment, thus causing significant injury to GemCap.

I declare under penalty of perjury under the law of the State of Nevada and the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 3rd day of May, 2018 at Dallas, Texas.

*/s/ Richard Ellis*

Richard Ellis

2038604_3 3780965.1 24093-808

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Holley Driggs Walch Fine Wray Puzey & Thompson, and that on the 3rd day of May 2018, I caused to be served a true and correct copy of SUPPLEMENTAL DECLARATION OF RICHARD ELLIS IN SUPPORT OF SECURED CREDITOR GEMCAP LENDING I, LLC'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS OR APPOINT A TRUSTEE FOR BAD FAITH OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ABSTENTION in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

_/s/ signature_
An employee of Holley Driggs Walch Fine Wray Puzey & Thompson

2038604_3.DOCX 3780965.1 24093-808