GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
ERICK T. GJERDINGEN, ESQ.
Nevada Bar No. 11972
E-mail: egjerdingen@gtg.legal
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone 725-777-3000
*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-18-10453-LEB |
| U.S.A. DAWGS, INC., | Chapter 11 |
| Debtor. | **Hearing**<br>Date:  OST Requested<br>Time:  OST Requested |

**DECLARATION OF TERESA M. PILATOWICZ, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR U.S.A. DAWGS, INC.**

I, Teresa M. Pilatowicz, Esq., hereby declare as follows:

1. I am over the age of 18 and am mentally competent. I make this declaration in support of *Motion to Withdraw as Counsel for Debtor U.S. A. Dawgs. Inc.* (the "Motion").[1]

2. I am an attorney with the law firm of Garman Turner Gordon LLP ("GTG"), counsel to the Debtor, having a Nevada office at 650 N. White Drive, Suite 100, Las Vegas, NV 89119. I have personal knowledge of the facts asserted herein, and could and would testify if required to do so.

3. GTG has appeared before this Court and acted as counsel for Debtor since its retention.

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Opposition.

4. As a result of professional considerations, GTG's ability to provide adequate representation to Debtor has been impaired and renders an ongoing attorney/client relationship impossible.

5. As a result, GTG does not believe that it can continue to represent Debtor in the Chapter 11 Case, including related adversaries, and GTG desires to withdraw as counsel for the Debtor.

6. GTG has advised Debtor of its intent to withdraw and advised Debtor to obtain new counsel. The last known address of Debtor is 4120 W. Windmill Lane, Suite 106, Las Vegas, Nevada 89139.

7. GTG will advise parties that have appeared in the Chapter 11 Case of its intent to withdraw as counsel.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 27th day of June, 2018.

*/s/ Teresa M. Pilatowicz*
TERESA M. PILATOWICZ, ESQ.

4850-5192-8940, v. 3

GARMAN TURNER GORDON
650 White Drive, Ste. 100
Las Vegas, NV 89119
725-777-3000

2