SULLIVAN HILL LEWIN REZ & ENGEL
A Professional Law Corporation
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone:    (702) 382-6440
Fax Number:  (702) 384-9102

**Electronically Filed: 6/28/18**

Local Counsel for Double Diamond Distribution, Ltd.

UZZI O. RAANAN (State Bar No. 162747)
*uraanan@dgdk.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11ᵗʰ Floor
Los Angeles, California 90067-4402
Telephone:   (310) 277-0077
Facsimile:    (310) 277-5735

Attorneys for Double Diamond Distribution, Ltd.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-18-10453-LEB |
| U.S.A. DAWGS, INC., | Chapter 11 |
| Debtor. | **NOTICE OF FILING OF DECLARATION OF MATTHEW BERKOWITZ, FILED IN SUPPORT OF MOTION TO REMOVE CERTAIN LITIGATION CLAIMS FROM THE LIST OF ASSETS BEING SOLD AT THE JUNE 29, 2018 AUCTION OF DEBTOR'S ASSETS OR, IN THE ALTERNATIVE, FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE TO DETERMINE VALUES AND BEST USE OF DEBTOR'S LITIGATION CLAIMS** |
| | DATE:  June 28, 2018<br>Time:   1:30 p.m.<br>Place:  Foley Federal Building<br>        300 Las Vegas Boulevard South<br>        Courtroom: 3<br>        Las Vegas, NV. 89101<br>        Hon. Judge Laurel E. Babero |

1        Double Diamond Distribution, Ltd. hereby files the Declaration of Matthew Berkowitz,

2    filed in support of its Motion to Remove Certain Litigation Claims from the List of Assets Being

3    Sold at the June 29, 2018 Auction of Debtor's Assets, or in the alternative, for the Appointment of

4    a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims.

5        DATED this 28th day of June, 2018

6                    DANNING, GILL, DIAMOND & KOLLITZ, LLP

7

8              By         /s/ Uzzi O. Raanan

9                  UZZI O. RAANAN
                   Attorneys for Double Diamond Distribution, Ltd.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   SULLIVAN HILL LEWIN REZ & ENGEL                    **Electronically Filed: 6/28/18**
    A Professional Law Corporation
2     Elizabeth E. Stephens, NV SBN 5788
    228 South Fourth Street, First Floor
3   Las Vegas, NV 89101
    Telephone:    (702) 382-6440
4   Fax Number:   (702) 384-9102

5   Local Counsel for Double Diamond Distribution, Ltd.

6   UZZI O. RAANAN (State Bar No. 162747)
    uraanan@dgdk.com
7   DANNING, GILL, DIAMOND & KOLLITZ, LLP
    1900 Avenue of the Stars, 11th Floor
8   Los Angeles, California 90067-4402
    Telephone:    (310) 277-0077
9   Facsimile:    (310) 277-5735

10  Attorneys for Double Diamond Distribution, Ltd.

11

12                  **UNITED STATES BANKRUPTCY COURT**

13                        **DISTRICT OF NEVADA**

14

15  In re                                 | Case No. BK-S-18-10453-LEB

16  U.S.A. DAWGS, INC.,                    | Chapter 11

17          Debtor.                        | **DECLARATION OF MATTHEW
                                           | BERKOWITZ, FILED IN SUPPORT OF**
18                                         | **MOTION TO REMOVE CERTAIN
                                           | LITIGATION CLAIMS FROM THE LIST**
19                                         | **OF ASSETS BEING SOLD AT THE JUNE
                                           | 29, 2018 AUCTION OF DEBTOR'S**
20                                         | **ASSETS OR, IN THE ALTERNATIVE,
                                           | FOR THE APPOINTMENT OF A**
21                                         | **CHAPTER 11 TRUSTEE TO
                                           | DETERMINE VALUES AND BEST USE**
22                                         | **OF DEBTOR'S LITIGATION CLAIMS**

23                                         | DATE:  June 28, 2018
24                                         | Time:  1:30 p.m.
                                           | Place: Foley Federal Building
25                                         |        300 Las Vegas Boulevard South
                                           |        Courtroom: 3
26                                         |        Las Vegas, NV. 89101
                                           |        Hon. Judge Laurel E. Babero
27

28

1491394.1  26831                    1                    003

1    I, Matthew Berkowitz, hereby declare as follows:

2    1.    I am over the age of 18 and am mentally competent to make this declaration.

3    2.    I submit this declaration in support of Double Diamond Distribution, Ltd.'s

4    ("Double Diamond") Motion to Remove Certain Litigation Claims From the List of Assets Being

5    Sold at the June 29, 2018 Auction of Debtor's Assets or, in the Alternative, for the Appointment of

6    a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims, filed

7    concurrently herewith.

8    3.    I have personal knowledge of the facts in this declaration.

9    4.    If called upon as a witness, I could testify competently to these facts.

10   5.    I am a partner in Shearman & Sterling LLP's litigation practice.  I primarily work

11   out of the firm's Menlo Park, California office.  I am admitted to practice in both New York and

12   California.

13   6.    My practice focuses mainly on patent, copyright, trademark, trade secret, and false

14   advertising litigation in federal district courts and the International Trade Commission (ITC), as

15   well as post-grant proceedings in the US Patent and Trademark Office.

16   7.    I am a Registered Patent Attorney with the United States Patent and Trademark

17   Office.

18   8.    I have extensive experience representing clients in major intellectual property and

19   false advertising litigation matters, including, among others:

20   a.    Representing Airbus S.A.S. before the Federal Circuit in an appeal from an

21   inter partes reexamination.  I argued the appeal, resulting in a precedential opinion in Airbus's

22   favor.  Airbus S.A.S. v. Firepass Corp. (Fed. Cir. July 17, 2015).  I also argued several appeals for

23   Airbus before the Patent Trial and Appeal Board, wherein the Board affirmed the rejection of all

24   asserted claims.

25   b.    Lead counsel to Toyota Motor Corporation in five *inter partes* review

26   proceedings before the Patent Trial and Appeal Board.

27   c.    Representing Toyota Motor Corporation in related patent litigation cases

28   originally involving 24 patents in the U.S. District Court Eastern District of Texas.

d.      Representing Elpida Memory Inc. in multiple patent litigation matters spanning district court actions and an ITC investigation.

e.      Representing Sony as a complainant in a seven patent ITC investigation concerning mobile telephones.

f.      Representing Amersham Health, Inc. in a multi-billion dollar false advertising case against Bracco Diagnostics, Inc. in the U.S. District Court for the District of New Jersey that involved more than 30 days of trial and approximately 40 testifying witnesses.

g.      Lead counsel for Price f(x) Inc. and Price f(x) AG in litigation in the U.S. District Court for the Northern District of California involving 5 patents, trade secret claims, copyright infringement claims, and unfair competition claims.

h.      Representing US Endodontics, LLC in patent litigation in the U.S. District Court for the Eastern District of Tennessee and post-grant proceedings before the Patent Trial and Appeal Board against Dentsply International, Inc., including a successful preliminary injunction defense.

i.      Lead counsel for independent filmmaker Damian Kolodiy as plaintiff in a copyright infringement and false advertising litigation in the U.S. District Court for the Southern District of New York.

9.      Shearman & Sterling has approximately 125 U.S.-based litigators, with a dedicated Intellectual Property (IP) litigation team.  Specifically relevant to the Crocs Litigation, the attorneys in my firm have significant patent and false advertising litigation experience, including, for example, the above matters.

10.      My firm is interested in representing U.S.A. Dawgs, LLC ("Debtor") and Double Diamond with regard to their various litigation claims against Crocs, Inc. ("Crocs") in *Crocs, Inc. v. Effervescent, Inc. et al.*, 06-cv-00605 (D. Col.) and other cases consolidated therewith (collectively, "Crocs Litigation").

11.      Before the Debtor filed for bankruptcy, I and other attorneys from my firm reviewed voluminous pleadings and financial records related to the Crocs Litigation.  In fact, our attorneys visited the Debtor's offices on multiple occasions and collectively spent nearly 100 hours on

diligence.  Thereafter, Shearman & Sterling made a proposal to represent the Debtor and Double Diamond in the Crocs Litigation.

12.    Shearman & Sterling would still be willing to represent the Debtor and Double Diamond in the Crocs Litigation on a hybrid contingency fee basis, as long as sufficient funds are available to pay necessary litigation costs (such as expert witness fees, discovery costs, etc.) and a discounted monthly fee, to be negotiated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 28, 2018.

MATTHEW BERKOWITZ

006