Ogonna M. Brown, Esq.
Nevada Bar No. 7589
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169-5996
Phone: (702) 474-2622
Fax: (702) 949-8298
Email: OBrown@lrrc.com

*Attorneys for Appellee GemCap Lending I, LLC*

## UNITED STATES BANKRUPTCY COURT
## FO THE DISTRICT OF NEVADA

In re:

U.S.A. DAWGS, INC.,

Debtor,

Case No.: 18-10453-LEB

Chapter 11

Adv. Case No. 18-01011

Appeal Reference Number 18-20

**APPELLEE GEMCAP LENDING I, LLC'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

**Re: ECF Nos. 629 and 673**

Pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 8009, Appellee GemCap Lending I, LLC ("GemCap") hereby files this *Appellee GemCap Lending I, LLC's Designation of Additional Items to be Included in the Record on Appeal* (the "Designation").

## DESIGNATION OF RECORD

GemCap designates the following additional items for inclusion in the record on appeal. Unless otherwise indicated, all designated items include related exhibits and/or attachments.

| Bankruptcy Court Docket No. | Date Entered | Document Description |
|---|---|---|
| 118 | 02/26/2018 | Declaration Of: Ervin M. Terwilliger in Support of the Reply in Support of Debtor's Motion to Use Cash Collateral Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)117 Reply filed by Debtor U.S.A. |

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

| | | |
|---|---|---|
| | | DAWGS, INC.) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) (GRAY KOZLOWSKI, TALITHA) (Entered: 02/26/2018) |
| 119 | 02/26/2018 | Declaration Of: Steven Mann in Support of Reply in Support of Debtor's Motion to Use Cash Collateral Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)117 Reply filed by Debtor U.S.A. DAWGS, INC.) (Attachments: # 1 Exhibit 1 - 12 # 2 Exhibit 13 - 17 # 3 Exhibit 18 - 23) (GRAY KOZLOWSKI, TALITHA) (Entered: 02/26/2018) |
| 125 | 02/26/2018 | Notice of Filing Cash Collateral Reporting Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (Related document(s)71 Order on Motion to Use Cash Collateral) (Attachments: # 1 Exhibit 1) (PILATOWICZ, TERESA) (Entered:02/26/2018) |
| 138 | 03/05/2018 | Notice of Filing Cash Collateral Reporting Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)71 Order on Motion to Use Cash Collateral) (GRAY KOZLOWSKI, TALITHA) (Entered: 03/05/2018) |
| 143 | 03/08/2018 | Amended Non-Individual Schedule[s]A/B, Real Property Amount: $ 0, Personal Property Amount: $ 0, E/F, Creditors Holding Unsecured Priority Claims Amount: $ 18,605.36, Creditors Holding Unsecured Nonpriority claims Amount: $1,689,232.37, G, Fee Amount $31, Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (PILATOWICZ, TERESA) (Entered: 03/08/2018) |
| 145 | 03/08/2018 | Amended Statement of Financial Affairs for Non-Individual Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (PILATOWICZ, TERESA) (Entered: 03/08/2018) |
| 149 | 03/12/2018 | Notice of Filing Cash Collateral Reporting Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (Related document(s)71 Order on Motion to Use Cash Collateral) (Attachments: # 1 Exhibit 1-2) (PILATOWICZ, TERESA) (Entered: 03/12/2018) |
| 168 | 03/19/2018 | Declaration Of: TODD M. LANDER, ESQ. in Support of Opposition to Application to Employ 3-21 Capital Partners, LLC to Provide Investment Banker Services to Debtor Nunc Pro Tunc to February 22, 2018 with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (Related document(s)167 Opposition filed by Creditor GEMCAP LENDING I, |

| | | | |
|---|---|---|---|
| | | | LLC) (BROWN, OGONNA) (Entered: 03/19/2018) |
| 170 | 03/19/2018 | | Request for Judicial Notice GemCap Lending I, LLC's Request for Judicial Notice with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (BROWN, OGONNA) (Entered: 03/19/2018) |
| 171 | 03/19/2018 | | Opposition TO MOTION TO DISMISS OR APPOINT A TRUSTEE FOR BAD FAITH OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ABSTENTION Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)45 Motion to Dismiss Case filed by Creditor GEMCAP LENDING I, LLC, Motion to Appoint Trustee, Motion for Relief from Stay, Motion for Abstention Under Section 305.) (GRAY KOZLOWSKI, TALITHA) (Entered: 03/19/2018) |
| 172 | 03/19/2018 | | Declaration Of: Ervin Terwilliger IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS OR APPOINT A TRUSTEE FOR BAD FAITH OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ABSTENTION Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)171 Opposition filed by Debtor U.S.A. DAWGS, INC.) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) (GRAY KOZLOWSKI, TALITHA) (Entered: 03/19/2018) |
| 173 | 03/19/2018 | | Declaration Of: Steven Mann IN SUPPPORT OF OPPOSITION TO MOTION TO DISMISS OR APPOINT A TRUSTEE FOR BAD FAITH OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ABSTENTION Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)171 Opposition filed by Debtor U.S.A. DAWGS, INC.) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6) (GRAY KOZLOWSKI, TALITHA) (Entered: 03/19/2018) |
| 180 | 03/21/2018 | | Monthly Operating Report for Filing Period Ending February 2018 Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (GRAY KOZLOWSKI, TALITHA) (Entered: 03/21/2018) |
| 182 | 03/23/2018 | | Amended Non-Individual Schedule[s] E/F, Creditors Holding Unsecured Priority Claims Amount: $ 472,950.60, Creditors Holding Unsecured |

3

| | | |
|---|---|---|
| | | Nonpriority claims Amount: $5,160,651.14, Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (PILATOWICZ, TERESA) (Entered: 03/23/2018) |
| 184 | 03/26/2018 | Omnibus Reply Secured Creditor GemCap Lending I, LLC's Omnibus Reply in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith or, In the Alternative, Motion for Relief from the Automatic Stay or For Abstention with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (Related document(s)45 Motion to Dismiss Case filed by Creditor GEMCAP LENDING I, LLC, Motion to Appoint Trustee, Motion for Relief from Stay, Motion for Abstention Under Section 305.) (BROWN, OGONNA) (Entered: 03/26/2018) |
| 185 | 03/26/2018 | Declaration Of: JOSEPH L. LEAUANAE in Support of Omnibus Reply in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith or, In the Alternative, Motion for Relief from the Automatic Stay or For Abstention with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (Related document(s)184 Reply filed by Creditor GEMCAP LENDING I, LLC.) (BROWN, OGONNA) (Entered: 03/26/2018) |
| 201 | 03/29/2018 | Reply to Opposition to Application for Order Approving the Employment of Three Twenty-One Capital Partners, LLC to Provide Investment Banker Services to Debtor Nunc Pro Tunc to February 22, 2018 Filed by MARK M. WEISENMILLER on behalf of U.S.A. DAWGS, INC. (Related document(s)167 Opposition filed by Creditor GEMCAP LENDING I, LLC.) (WEISENMILLER, MARK) (Entered: 03/29/2018) |
| 202 | 03/29/2018 | Declaration Of: Ervin M. Terwilliger in Support of Reply to Opposition to Application for Order Approving the Employment of Three Twenty-One Capital Partners, LLC to Provide Investment Banker Services to Debtor Nunc Pro Tunc to February 22, 2018 Filed by MARK M. WEISENMILLER on behalf of U.S.A. DAWGS, INC. (Related document(s)201 Reply filed by Debtor U.S.A. DAWGS, INC.) (WEISENMILLER, MARK) (Entered: 03/29/2018) |
| 212 | 04/02/2018 | Notice of Filing Cash Collateral Reporting Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)71 Order on Motion to Use Cash Collateral) (Attachments: # 1 Exhibit 1) (GRAY |

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

4

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

| | | | KOZLOWSKI, TALITHA) (Entered: 04/02/2018) |
|---|---|---|---|
| 220 | 04/12/2018 | Supplement Secured Creditor GemCap Lending I, LLC's Supplement in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith or, In the Alternative, Motion for Relief from the Automatic Stay or For Abstention with Certificate of Service Filed by MARY LANGSNER on behalf of GEMCAP LENDING I, LLC (Related document(s) 45 Motion to Dismiss Case filed by Creditor GEMCAP LENDING I, LLC, Motion to Appoint Trustee, Motion for Relief from Stay, Motion for Abstention Under Section 305) (LANGSNER) (Entered: 04/12/2018) | |
| 221 | 04/12/2018 | Declaration Of: RICHARD ELLIS with Certificate of Service Filed by MARY LANGSNER on behalf of GEMCAP LENDING I, LLC (Related document (s)45 Motion to Dismiss Case filed by Creditor GEMCAP LENDING I, LLC, Motion to Appoint Trustee, Motion for Relief from Stay, Motion for Abstention Under Section 305) (Attachments: # 1 Exhibit A # 2 Exhibit B - E # 3 Exhibit F - W) (LANGSNER). Modified on 4/13/2018 to relate to #45 in place of #220 (Youngblood, CL). (Entered: 04/12/2018) |
| 222 | 04/12/2018 | Declaration Of: TODD M. LANDER, ESQ. with Certificate of Service Filed by MARY LANGSNER on behalf of GEMCAP LENDING I, LLC (Related document(s)45 Motion to Dismiss Case filed by Creditor GEMCAP LENDING I, LLC, Motion to Appoint Trustee, Motion for Relief from Stay, Motion for Abstention Under Section 305) (LANGSNER). Modified on 4/13/2018 to relate to #45 in place of #220 (Youngblood, CL). (Entered: 04/12/2018) |
| 223 | 04/16/2018 | Notice OF FILING CASH COLLATERAL REPORTING Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)71 Order on Motion to Use Cash Collateral) (Attachments: # 1 Exhibit 1) (GRAY KOZLOWSKI, TALITHA) (Entered: 04/16/2018) |
| 234 | 04/20/2018 | Amended Notice Notice of Filing Amended Cash Collateral Reporting Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (GRAY KOZLOWSKI, TALITHA) (Entered: 04/20/2018) |
| 235 | 04/23/2018 | Monthly Operating Report for Filing Period Ending March 2018 Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (GRAY KOZLOWSKI, TALITHA) (Entered: |

| | | | 04/23/2018) |
|---|---|---|---|
| 238 | 04/26/2018 | | Opposition Debtor U.S.A. Dawgs Opposition to Secured Creditor GemCap Lending I, LLCs (1) Omnibus Reply in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith or, in the Alternative, Motion for Relief from the Automatic Stay or for Abstention [ECF No. 184]; and (2) Supplement in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith Or, in the Alternative, Motion for Relief from the Automatic Stay or for Abstention [ECF No. 220] Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (Related document(s)220 Supplement filed by Creditor GEMCAP LENDING I, LLC.) (PILATOWICZ, TERESA) (Entered: 04/26/2018) |
| 239 | 04/26/2018 | | Supplemental Declaration Of: Ervin M. Terwilliger in Support of Debtor U.S.A. Dawgs Opposition to Secured Creditor GemCap Lending I, LLCs (1) Omnibus Reply in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith or, in the Alternative, Motion for Relief from the Automatic Stay or for Abstention [ECF No. 184]; and (2) Supplement in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith Or, in the Alternative, Motion for Relief from the Automatic Stay or for Abstention [ECF No. 220] Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (Related document(s)238 Opposition filed by Debtor U.S.A. DAWGS, INC.) (PILATOWICZ, TERESA) (Entered: 04/26/2018) |
| 243 | 04/27/2018 | | Objection GemCap Lending I, LLC's Objection to U.S.A. Dawgs, Inc.'s Proposed May Budget with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (Related document(s)232 Order on Motion to Use Cash Collateral.) (BROWN, OGONNA) (Entered: 04/27/2018) |
| 244 | 04/27/2018 | | Declaration Of: TODD M. LANDER, ESQ. in Support of GemCap Lending I, LLC's Objection to U.S.A. Dawgs, Inc.'s Proposed May Budget with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (Related document(s)243 Objection filed by Creditor GEMCAP LENDING I, LLC) (BROWN, OGONNA) (Entered: 04/27/2018) |
| 251 | 05/03/2018 | | Reply Secured Creditor GemCap Lending I, LLC's Reply in Support of Motion to Dismiss or Appoint a |

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

| | | |
|---|---|---|
| | | Trustee for Bad Faith or, In the Alternative, Motion for Relief from the Automatic Stay or For Abstention with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (Related document(s)45 Motion to Dismiss Case filed by Creditor GEMCAP LENDING I, LLC, Motion to Appoint Trustee, Motion for Relief from Stay, Motion for Abstention Under Section 305, 220 Supplement filed by Creditor GEMCAP LENDING I, LLC.) (BROWN, OGONNA) (Entered: 05/03/2018) |
| 252 | 05/03/2018 | Declaration Of: RICHARD ELLIS in Support of Secured Creditor GemCap Lending I, LLC's Reply in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith or, In the Alternative, Motion for Relief from the Automatic Stay or For Abstention with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (Related document(s)251 Reply filed by Creditor GEMCAP LENDING I, LLC) (BROWN, OGONNA) (Entered: 05/03/2018) |
| 253 | 05/04/2018 | Reply to GemCap Lending I, LLC's Objection to U.S.A. Dawgs, Inc.'s Proposed May Budget Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)243 Objection filed by Creditor GEMCAP LENDING I, LLC.) (GRAY KOZLOWSKI, TALITHA) (Entered: 05/04/2018) |
| 254 | 05/04/2018 | Declaration Of: Talitha Gray Kozlowski in Support of Reply to GemCap Lending I, LLC's Objection to U.S.A. Dawgs, Inc.'s Proposed May Budget Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)253 Reply filed by Debtor U.S.A. DAWGS, INC.) (Attachments: # 1 Exhibit A) (GRAY KOZLOWSKI, TALITHA) (Entered: 05/04/2018) |
| 255 | 05/04/2018 | Declaration Of: Steven Mann in Support of Reply to GemCap Lending I, LLC's Objection to U.S.A. Dawgs, Inc.'s Proposed May Budget Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)253 Reply filed by Debtor U.S.A. DAWGS, INC.) (Attachments: # 1 Exhibit A) (GRAY KOZLOWSKI, TALITHA) (Entered: 05/04/2018) |
| 256 | 05/05/2018 | Joint Document Statement of Dispute, Additional Brief of Applicable Rule with Certificate of Service Filed by MARY LANGSNER on behalf of GEMCAP LENDING I, LLC (Related document(s) 224 Notice filed by Debtor U.S.A. DAWGS, INC., 226 Notice |

7

| | | | |
|---|---|---|---|
| | | | filed by Debtor U.S.A. DAWGS, INC., 227 Notice filed by Debtor U.S.A. DAWGS, INC.) (Attachments: # 1 Exhibit Exhibits 1-4 to Joint Statement of Dispute and Applicable Rule) (LANGSNER). Modified on 5/7/2018 to relate to #'s 224, 226 and 227 Youngblood, CL). (Entered: 05/05/2018) |
| 258 | 05/07/2018 | | Objection to Declaration of Joseph L. Leauanae in Support of Omnibus Reply in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith Or, In the Alternative, Motion for Relief from The Automatic Stay or For Abstention Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (Related document(s)185 Declaration filed by Creditor GEMCAP LENDING I, LLC.) (PILATOWICZ, TERESA) (Entered: 05/07/2018) |
| 259 | 05/07/2018 | | Declaration Of: Teresa M. Pilatowicz in Support of Objection to Declaration of Joseph L. Leauanae in Support of Omnibus Reply in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith Or, In the Alternative, Motion for Relief from The Automatic Stay or For Abstention Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (Related document(s)258 Objection filed by Debtor U.S.A. DAWGS, INC.) (PILATOWICZ, TERESA) (Entered: 05/07/2018) |
| 265 | 05/08/2018 | | Motion For Sale/Use/Lease of Property under Section 363(b) Motion for Order Approving Letter of Intent Between Debtor and Optimal Investment Group, Inc. Pursuant to Section 363(b) Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (GRAY KOZLOWSKI, TALITHA) (Entered: 05/08/2018) |
| 266 | 05/08/2018 | | Declaration Of: Steven Mann in Support of Motion for Order Approving Letter of Intent Between Debtor and Optimal Investment Group, Inc. Pursuant to Section 363(b) Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)265 Motion for Sale/Use/Lease of Property under Section 363 (b) filed by Debtor U.S.A. DAWGS, INC.) (Attachments: # 1 Exhibit 1) (GRAY KOZLOWSKI, TALITHA) (Entered: 05/08/2018) |
| 276 | 05/14/2018 | | Notice of Withdrawal OF MOTION FOR ORDER APPROVING LETTER OF INTENT BETWEEN DEBTOR AND OPTIMAL INVESTMENT GROUP, INC. PURSUANT TO SECTION 363(b) AND VACATING HEARING Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)265 Motion for |

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

| | | |
|---|---|---|
| | | Sale/Use/Lease of Property under Section 363 (b) filed by Debtor U.S.A. DAWGS, INC.) (GRAY KOZLOWSKI, TALITHA) (Entered: 05/14/2018) |
| 277 | 05/14/2018 | Notice OF REVISED LETTER OF INTENT Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Attachments: # 1 Exhibit 1) (GRAY KOZLOWSKI, TALITHA) (Entered: 05/14/2018) |
| 278 | 05/15/2018 | Notice NOTICE OF FILING CASH COLLATERAL REPORTING Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)232 Order on Motion to Use Cash Collateral) (GRAY KOZLOWSKI, TALITHA) (Entered: 05/15/2018) |
| 297 | 05/21/2018 | Monthly Operating Report for Filing Period Ending 04/01/18-04/30/18 Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (GRAY KOZLOWSKI, TALITHA) (Entered: 05/21/2018) |
| 365 | 06/11/2018 | Notice of Filing Cash Collateral Reporting Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (GRAY KOZLOWSKI, TALITHA) (Entered: 06/11/2018) |
| 399 | 06/21/2018 | Monthly Operating Report for Filing Period Ending May 2018 Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (GRAY KOZLOWSKI, TALITHA) (Entered: 06/21/2018) |
| 421 | 06/25/2018 | Notice of Filing Cash Collateral Reporting Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (GRAY KOZLOWSKI, TALITHA) (Entered: 06/25/2018) |
| 507 | 07/12/2018 | Objection to Proposed Form of Order with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (Related document(s)314 Miscellaneous Application filed by Debtor U.S.A. DAWGS, INC., 380 Notice of Hearing filed by Debtor U.S.A. DAWGS, INC., 383 Order on Miscellaneous Application.) (BROWN, OGONNA) (Entered: 07/12/2018) |
| 508 | 07/12/2018 | Declaration Of: OGONNA M. BROWN, ESQ. in Support of Objection to Proposed Form of Order with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (Related document(s)507 Objection filed by Creditor GEMCAP LENDING I, LLC) (BROWN, OGONNA) (Entered: 07/12/2018) |
| 509 | 07/12/2018 | Exhibit Exhibits to Declaration of Ogonna M. |

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

9

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

| | | |
|---|---|---|
| | | Brown, Esq. in Support of Objection to Proposed Form of Order with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (Related document(s)508 Declaration filed by Creditor GEMCAP LENDING I, LLC) (Attachments: # 1 Exhibit 1 through 12) (BROWN, OGONNA) (Entered: 07/12/2018) |
| 532 | 07/16/2018 | Response Prevailing Bidder OIG's Consolidated Response and Reservation Of Rights To Objections of GEMCAP and CROCS to The Debtor's Proposed Sale Order Filed by BRIGID M. HIGGINS on behalf of OPTIMAL INVESTMENT GROUP (Related document(s)507 Objection filed by Creditor GEMCAP LENDING I, LLC.) (HIGGINS, BRIGID) (Entered: 07/16/2018) |
| 533 | 07/16/2018 | Declaration Of: Joey Separzadeh In Support of Prevailing Bidder IOG's Consolidated Response And Reservation of Rights To Objections of GEMCAP and CROCS to The Debtor's Proposed Sale Order Filed by BRIGID M. HIGGINS on behalf of OPTIMAL INVESTMENT GROUP (Related document(s)532 Response filed by Interested Party OPTIMAL INVESTMENT GROUP) (HIGGINS, BRIGID) (Entered: 07/16/2018) |
| 534 | 07/16/2018 | Declaration Of: Carey Schreiber, Esq. In Support of Prevailing Bidder IOG's Consolidated Response And Reservation of Rights To Objections of GEMCAP and CROCS to The Debtor's Proposed Sale Order Filed by BRIGID M. HIGGINS on behalf of OPTIMAL INVESTMENT GROUP (Related document(s)532 Response filed by Interested Party OPTIMAL INVESTMENT GROUP) (HIGGINS, BRIGID) (Entered: 07/16/2018) |
| 535 | 07/16/2018 | Errata to Prevailing Bidder OIG's Consolidated Response and Reservation of Rights to Objections of GEMCAP and CROCS to The Debtor's Proposed Sale Order Filed by BRIGID M. HIGGINS on behalf of OPTIMAL INVESTMENT GROUP (Related document(s)532 Response filed by Interested Party OPTIMAL INVESTMENT GROUP) (HIGGINS, BRIGID). Modified on 7/17/2018 to relate to #532 in place of #'s 507, 526 (Youngblood, CL). (Entered: 07/16/2018) |
| 540 | 07/19/2018 | Omnibus Reply to: (I) GemCap Lending I, LLC's Objection to Proposed Form of Order; and (II) Objection of Crocs, Inc. to Debtor's Proposed Sale Order Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related |

| | | |
|---|---|---|
| | | document(s)507 Objection filed by Creditor GEMCAP LENDING I, LLC, 522 Objection filed by Creditor CROCS, INC., 526 Objection filed by Creditor CROCS, INC..) (GRAY KOZLOWSKI, TALITHA) (Entered: 07/19/2018) |
| 541 | 07/19/2018 | Declaration Of: Ervin M. Terwilliger Regarding Conduct and Outcome of Auction Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)540 Reply filed by Debtor U.S.A. DAWGS, INC.) (GRAY KOZLOWSKI, TALITHA) (Entered: 07/19/2018) |
| 604 | 08/16/2018 | Monthly Operating Report for Filing Period Ending July 2018 Filed by MATTHEW C. ZIRZOW on behalf of U.S.A. DAWGS, INC. (ZIRZOW, MATTHEW) (Entered: 08/16/2018) |

## RESERVATION OF RIGHTS

GemCap expressly reserves the right to amend or supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of any designation filed by any other party to this appeal.  This filing is made expressly subject to, and without waiver, of any and all rights, remedies, challenges and objections.

*Dated:*  September 27, 2018            Respectfully,


LEWIS ROCA ROTHGERBER CHRISTIE LLP


By:  */s/ Ogonna M. Brown*
        Ogonna M. Brown, Esq.
        Nevada Bar No. 7589
        3993 Howard Hughes Pkwy., Suite 600
        Las Vegas, NV 89169-5996
        Phone:  (702) 474-2622
        Fax:  (702) 949-8298
        Email:  OBrown@lrrc.com

*Attorneys for Appellee GemCap Lending I, LLC*

11

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on the 27th day of September, 2018, I caused to be served a true and correct copy of the **APPELLEE GEMCAP LENDING I, LLC'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** in the following manner:

☒      (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐      (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐      (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐      (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Callie M. Bird*
Callie M. Bird, an employee of
Lewis Roca Rothgerber Christie LLP

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

12