David A. Riggi, Esq.
5550 Painted Mirage Rd. Suite 320
Las Vegas, NV 89149
Ph :   1-702-463-7777
Fax:   1-888-306-7157
E-mail:RiggiLaw@gmail.com
*Attorney for Appellant*
*Double Diamond Distribution, Ltd.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| USA DAWGS, INC.,<br>　　　　　　　Debtor.<br><br>DOUBLE DIAMOND DISTRIBUTION, LTD.,<br>　　　　　　　Appellant<br>　　vs.<br><br>GARMAN TURNER GORDON LLP,<br>　　　　　　　Appellee | Case No:18-10453- GS<br><br>Chapter: 11<br><br>APPEAL REF NO  22-30 |

**APPELLANT'S  DESIGNATION OF RECORD ON APPEAL**

Appellant Double Diamond Distribution, Ltd., by its attorney, David A. Riggi, Esq., designates the attached record on appeal pursuant to Fed .R. Bankr. Pro. 8009.  In addition, transcripts of hearings on the "Motion to Alter or Amend Judgment" (ECF No. 822), on June 7, 2022 and June 28, 2022, have been ordered as evidenced by the attached Transcript Order Form.

DATED this 4th day of November, 2022.

By:*/s/David A. Riggi, Esq.*
　　David A. Riggi, Esq.
　　5550 Painted Mirage Road, Ste 320
　　Las Vegas, Nevada 89149
　　Attorney for the Appellant

1

David A. Riggi, Esq.
5550 Painted Mirage Rd. Suite 320
Las Vegas, NV 89149
Ph :   1-702-463-7777
E-mail:RiggiLaw@gmail.com
*Attorney for Appellant Double Diamond Distribution, Ltd.*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| USA DAWGS, INC., <br>                    Debtor. | )  Case No:18-10453- GS <br> ) <br> )  Chapter: 11 <br> ) |
| DOUBLE DIAMOND DISTRIBUTION, LTD., <br>              Appellant <br>      vs. | )  )  )  APPEAL REF NO  22-30 <br> ) <br> ) |
| GARMAN TURNER GORDON LLP, <br>                    Appellee | )  )  ) |

### CERTIFICATE OF SERVICE OF DESIGNATION OF RECORD ON APPEAL

I HEREBY CERTIFY that a true and correct copy of the Designation of Record on Appeal was sent via ECF on November 4, 2022, to the following:

OGONNA M. BROWN    OBrown@lrrc.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com
SHAWN CHRISTIANSON    schristianson@buchalter.com, cmcintire@buchalter.com
F. THOMAS EDWARDS    tedwards@nevadafirm.com, ssell@nevadafirm.com;oswibies@nevadafirm.com;dhigh@nevadafirm.com;nmoseley@nevadafirm.com
EDMUND GEE    edmund.gee@usdoj.gov
BRIGID M. HIGGINS    bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law
BRIAN E HOLTHUS    bankruptcy@juww.com, bankruptcy@juwlaw.com;mw@juwlaw.com
MARY LANGSNER    mlangsner@nevadafirm.com, oswibies@nevadafirm.com;rholley@nevadafirm.com;khalsey@nevadafirm.com
ANNE M. LORADITCH    aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
EDWARD M. MCDONALD    edward.m.mcdonald@usdoj.gov
BENJAMIN MINTZ    Benjamin.mintz@arnoldporter.com
TERESA M. PILATOWICZ    tpilatowicz@gtg.legal, bknotices@gtg.legal
UZZI O. RAANAN    uraanan@dgdk.com
DAVID A RIGGI    darnvbk@gmail.com, 2782@notices.nextchapterbk.com
SAUL S. ROSTAMIAN    srostamian@winston.com, ecf_sf@winston.com,saul-rostamian-8239@ecf.pacerpro.com
ELIZABETH E. STEPHENS    stephens@sullivanhill.com, hill@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com;Hawkins@sullivanhill.com
U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
ANTHONY S. H. WONG    awong@wshblaw.com, rtodd@wshblaw.com;atilton@wshblaw.com

*/s/ David A. Riggi*
David A. Riggi, Esq. Bar No. 4727
5550 Painted Mirage Road, Suite 320 Las Vegas, Nevada 89149
**Attorney for the Appellant**

2

| Filing Date | Doc No. | Description |
|---|---|---|
| 02/01/2018 | 16 (20 pgs; 2 docs) | Application to Employ Garman Turner Gordon LLP as Counsel for Debtor *Application for Order Approving Employment of Garman Turner Gordon as Counsel for Debtor* Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (Attachments: # 1 Exhibit 1)(PILATOWICZ, TERESA) (Entered: 02/01/2018) |
| 02/01/2018 | 17 (5 pgs) | Declaration Of: Talitha Gray Kozlowski *in Support of Application for Order Approving Employment of Garman Turner Gordon LLP as Counsel for Debtor and Memorandum of Points and Authorities in Support* Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (Related document(s)16 Application to Employ filed by Debtor U.S.A. DAWGS, INC.) (PILATOWICZ, TERESA) (Entered: 02/01/2018) |
| 02/07/2018 | 41 (2 pgs) | Amended Declaration Of: Talitha Gray Kozlowski *in Support of Application for Order Approving Employmnet of Garman Turner Gordon LLP as Counsel for Debtor* Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)16 Application to Employ filed by Debtor U.S.A. DAWGS, INC.) (GRAY KOZLOWSKI, TALITHA) (Entered: 02/07/2018) |
| 02/08/2018 | 42 (10 pgs; 2 docs) | Supplemental Declaration Of: Steven Mann *Supplement to Omnibus Declaration of Steven Mann in Support of Debtor's Chapter 11 Petition, First Day Motions, and Employment Application* Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (Related document(s)6 Motion to Use Cash Collateral filed by Debtor U.S.A. DAWGS, INC., 9 Motion Re: Chapter 11 First Day Motions filed by Debtor U.S.A. DAWGS, INC., 10 Declaration filed by Debtor U.S.A. DAWGS, INC.) (Attachments: # 1 Exhibit 1-2) (PILATOWICZ, TERESA) (Entered: 02/08/2018) |
| 02/08/2018 | 45 (32 pgs) | Motion to Dismiss Case *or*, Motion to Appoint Trustee *for Bad Faith*, or in the alternative Motion for Relief from Stay Property: to Proceed with California Litigation, as per Motion *or* Fee Amount $181., Motion for Abstention Under Section 305 *Motion to Dismiss or Appoint a Trustee for Bad Faith or, in the Alternative, Motion for Relief from the Automatic Stay or for Abstention* with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (BROWN, OGONNA) (Entered: 02/08/2018) |
| 03/01/2018 | 133 (85 pgs) | Transcript regarding Hearing Held on 02/26/18. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional |

| | | |
|---|---|---|
| | | information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 855-873-2223. Purchasing Party: Garman Turner Gordon. Redaction Request Due By 03/22/2018. Redacted Transcript Submission Due By 04/2/2018. Transcript access will be restricted through 05/30/2018. (ACCESS TRANSCRIPTS, LLC) (Entered: 03/01/2018) |
| 03/01/2018 | 136 (1 pg) | Notice of Filing Official Transcript. Related document(s) 133 . (admin) (Entered: 03/01/2018) |
| 03/09/2018 | 147 (2 pgs) | Supplemental Declaration Of: Teresa M. Pilatowicz *in Support of Application for Order Approving Employment of Garman Turner Gordon LLP, as Counsel for Debtor* Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (Related document(s)16 Application to Employ filed by Debtor U.S.A. DAWGS, INC.) (PILATOWICZ, TERESA) (Entered: 03/09/2018) |
| 03/12/2018 | 148 (85 pgs) | Amended Transcript regarding Hearing Held on 02/26/18. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 855-873-2223. Purchasing Party: Garman Turner Gordon. Redaction Request Due By 04/2/2018. Redacted Transcript Submission Due By 04/12/2018. Transcript access will be restricted through 06/11/2018. (ACCESS TRANSCRIPTS, LLC) (Entered: 03/12/2018) |
| 03/19/2018 | 161 (3 pgs) | Order Granting Application to Employ (Related document(s) 16) (mrb) (Entered: 03/19/2018) |
| 03/19/2018 | 171 (21 pgs) | Opposition *TO MOTION TO DISMISS OR APPOINT A TRUSTEE FOR BAD FAITH OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ABSTENTION* Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)45 Motion to Dismiss Case filed by Creditor GEMCAP LENDING I, LLC, Motion to Appoint Trustee, Motion for Relief from Stay, Motion for Abstention Under Section 305.) (GRAY KOZLOWSKI, TALITHA) (Entered: 03/19/2018) |
| 03/26/2018 | 184 (25 pgs) | Omnibus Reply *Secured Creditor GemCap Lending I, LLC's Omnibus Reply in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith or, In the Alternative, Motion for Relief from the Automatic Stay or For Abstention* with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (Related document(s)45 Motion to Dismiss Case filed by Creditor GEMCAP LENDING I, LLC, Motion to Appoint Trustee, Motion for Relief from |

| | | |
|---|---|---|
| | | Stay, Motion for Abstention Under Section 305.) (BROWN, OGONNA) (Entered: 03/26/2018) |
| 03/30/2018 | 204 (87 pgs) | Transcript regarding Hearing Held on 03/20/18. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 855-873-2223. Purchasing Party: Garman Turner Gordon. Redaction Request Due By 04/20/2018. Redacted Transcript Submission Due By 04/30/2018. Transcript access will be restricted through 06/28/2018. (ACCESS TRANSCRIPTS, LLC) (Entered: 03/30/2018) |
| 03/30/2018 | 205 | **Minute Entry** Re: hearing on 4/2/2018 10:00 AM. Continued. (related document(s): 45 Motion to Dismiss Case filed by GEMCAP LENDING I, LLC) Appearance : OGONNA M. BROWN Evidentiary Hearing scheduled for 05/10/2018 at 09:30 AM. (jaj ) (Entered: 03/30/2018) |
| 03/30/2018 | 206 | **Minute Entry** Re: hearing on 5/8/2018 9:30 AM. Rescheduled. (related document(s): 1 Voluntary Petition (Chapter 11) filed by U.S.A. DAWGS, INC.) Status Hearing to be held on 05/10/2018 at 09:30 AM. (dls ) (Entered: 03/30/2018) |
| 03/30/2018 | 207 | **Minute Entry** Re: hearing on 5/8/2018 9:30 AM. Rescheduled. (related document(s): 6 Motion to Use Cash Collateral filed by U.S.A. DAWGS, INC.) Status Hearing to be held on 05/10/2018 at 09:30 AM. (dls ) (Entered: 03/30/2018) |
| 04/12/2018 | 220 (18 pgs) | Supplement *Secured Creditor GemCap Lending I, LLC's Supplement in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith or, In the Alternative, Motion for Relief from the Automatic Stay or For Abstention* with Certificate of Service Filed by MARY LANGSNER on behalf of GEMCAP LENDING I, LLC (Related document(s)45 Motion to Dismiss Case filed by Creditor GEMCAP LENDING I, LLC, Motion to Appoint Trustee, Motion for Relief from Stay, Motion for Abstention Under Section 305) (LANGSNER) (Entered: 04/12/2018) |
| 04/26/2018 | 238 (17 pgs) | Opposition *Debtor U.S.A. Dawgs Opposition to Secured Creditor GemCap Lending I, LLCs (1) Omnibus Reply in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith or, in the Alternative, Motion for Relief from the Automatic Stay or for Abstention [ECF No. 184]; and (2) Supplement in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith Or, in the Alternative, Motion for Relief from the Automatic Stay or for Abstention [ECF No. 220]* Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. |

| | | |
|---|---|---|
| | | (Related document(s)220 Supplement filed by Creditor GEMCAP LENDING I, LLC.) (PILATOWICZ, TERESA) (Entered: 04/26/2018) |
| 05/03/2018 | 251 (14 pgs) | Reply *Secured Creditor GemCap Lending I, LLC's Reply in Support of Motion to Dismiss or Appoint a Trustee for Bad Faith or, In the Alternative, Motion for Relief from the Automatic Stay or For Abstention* with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (Related document(s)45 Motion to Dismiss Case filed by Creditor GEMCAP LENDING I, LLC, Motion to Appoint Trustee, Motion for Relief from Stay, Motion for Abstention Under Section 305, 220 Supplement filed by Creditor GEMCAP LENDING I, LLC.) (BROWN, OGONNA) (Entered: 05/03/2018) |
| 05/08/2018 | 265 (9 pgs) | Motion For Sale/Use/Lease of Property under Section 363(b) *Motion for Order Approving Letter of Intent Between Debtor and Optimal Investment Group, Inc. Pursuant to Section 363(b)* Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (GRAY KOZLOWSKI, TALITHA) (Entered: 05/08/2018) |
| 05/10/2018 | 271 | **Minute Entry** Re: hearing on 5/10/2018 9:30 AM. Continued. (related document(s): 1 Voluntary Petition (Chapter 11) filed by U.S.A. DAWGS, INC.) Appearances : Michael Bernstein, OGONNA M. BROWN, EDMUND GEE, TALITHA B. GRAY KOZLOWSKI, BRIAN E HOLTHUS, TODD M. LANDER, TERESA M. PILATOWICZ, ANTHONY S. H. WONG Status Hearing to be held on 05/17/2018 at 09:30 AM. (brr ) (Entered: 05/10/2018) |
| 05/10/2018 | 272 | **Minute Entry** Re: hearing on 5/10/2018 9:30 AM. Continued. (related document(s): 6 Motion to Use Cash Collateral filed by U.S.A. DAWGS, INC.) Appearance : See Appearances in Previous Minute Entry for the same date. (Hearing scheduled 05/17/2018 at 09:30 AM at LEB-Courtroom 3, Foley Federal Bldg. (brr ) (Entered: 05/10/2018) |
| 05/10/2018 | 273 | **Minute Entry** Re: hearing on 5/10/2018 9:30 AM. Continued. (related document(s): 243 Objection filed by GEMCAP LENDING I, LLC) Appearance : See Appearances in Previous Minute Entry for the same date. (Hearing scheduled 05/17/2018 at 09:30 AM at LEB-Courtroom 3, Foley Federal Bldg. (brr ) (Entered: 05/10/2018) |
| 05/10/2018 | 274 | **Minute Entry** Re: hearing on 5/10/2018 9:30 AM. Continued. (related document(s): 45 Motion to Dismiss Case filed by GEMCAP LENDING I, LLC) Appearance : See Appearances in Previous Minute Entry for the same date. Evidentiary Hearing scheduled for 05/17/2018 at 09:30 AM. (brr ) (Entered: 05/10/2018) |

| | | |
|---|---|---|
| 05/14/2018 | 277 (10 pgs; 2 docs) | Notice *OF REVISED LETTER OF INTENT* Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Attachments: # 1 Exhibit 1) (GRAY KOZLOWSKI, TALITHA) (Entered: 05/14/2018) |
| 05/17/2018 | 292 | **Minute Entry** Re: hearing on 5/17/2018 9:30 AM. Continued. (related document(s): 1 Voluntary Petition (Chapter 11) filed by U.S.A. DAWGS, INC.) Appearances : Michael Bernstein, EDMUND GEE, GEORGE LANGENDORF, TERESA M. PILATOWICZ, OGONNA M. BROWN, BRIAN E HOLTHUS, TODD M. LANDER, WILLIAM M. NOALL, JENNIFER SANTANA, ERVIN TERWILLIGER. Status Hearing to be held on 07/06/2018 at 10:00 AM. (brr ) (Entered: 05/18/2018) |
| 05/17/2018 | 293 | **Minute Entry** Re: hearing on 5/17/2018 9:30 AM. Continued. (related document(s): 6 Motion to Use Cash Collateral filed by U.S.A. DAWGS, INC.)Appearance : See Appearances in Previous Minute Entry for the same date. Status Hearing to be held on 07/06/2018 at 10:00 AM. (brr ) (Entered: 05/18/2018) |
| 05/17/2018 | 294 | **Minute Entry** Re: hearing on 5/17/2018 9:30 AM. Continued. (related document(s): 45 Motion to Dismiss Case filed by GEMCAP LENDING I, LLC) Appearance : See Appearances in Previous Minute Entry for the same date. Evidentiary Hearing scheduled for 07/06/2018 at 10:00 AM. (brr ) (Entered: 05/18/2018) |
| 05/22/2018 | 299 (50 pgs) | Transcript regarding Hearing Held on 05/17/18. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 855-873-2223. Purchasing Party: Garman Turner Gordon. Redaction Request Due By 06/12/2018. Redacted Transcript Submission Due By 06/22/2018. Transcript access will be restricted through 08/20/2018. (ACCESS TRANSCRIPTS, LLC) (Entered: 05/22/2018) |
| 05/22/2018 | 304 (1 pg) | Notice of Filing Official Transcript. Related document(s) 299 . (admin) (Entered: 05/22/2018) |
| 05/25/2018 | 314 (36 pgs; 3 docs) | Application *Motion For Entry of Order Approving Bid Procedures Relating to Sale of Debtors Assets for Auction Scheduled for June 29, 2018, or alternatively August 1, 2018; Approving the Form and Manner of Notice of Sale By Auction, and Establishing Procedures For Noticing; and For Entry of An Order Authorizing Sale of Debtors Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests with Proposed Order* Filed by TALITHA B. GRAY KOZLOWSKI on behalf of |

| | | |
|---|---|---|
| | | U.S.A. DAWGS, INC. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2)(GRAY KOZLOWSKI, TALITHA) Modified on 5/29/2018 to add Proposed Order (Youngblood, CL). (Entered: 05/25/2018) |
| 05/31/2018 | 331 (35 pgs) | Chapter 11 Plan of Reorganization #1 *Debtor's Plan of Reorganization* Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (GRAY KOZLOWSKI, TALITHA) (Entered: 05/31/2018) |
| 06/07/2018 | 352 (50 pgs; 6 docs) | Notice *of Filing of Revised Bid Procedures and Proposed Order Approving Bid Procedures* Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)314 Miscellaneous Application filed by Debtor U.S.A. DAWGS, INC.) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5) (GRAY KOZLOWSKI, TALITHA) (Entered: 06/07/2018) |
| 06/07/2018 | 353 (50 pgs; 6 docs) | Notice *of Filing of Revised Bid Procedures and Proposed Order Approving Bid Procedures* Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)314 Miscellaneous Application filed by Debtor U.S.A. DAWGS, INC.) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5) (GRAY KOZLOWSKI, TALITHA) (Entered: 06/07/2018) |
| 06/18/2018 | 383 (35 pgs; 2 docs) | Order Approving Bid Procedures Relating To Sale Of Debtor's Assets For Auction Scheduled For June 29, 2018, Or Alternatively August 1, 2018; Approving The Form And Manner Of Notice Of Sale By Auction, And Establishing Procedures For Noticing; And For Entry Of An Order Authorizing The Sale Of Debtor's Assets Outside Of The Ordinary Course Of Business Free And Clear Of All Liens, Claims, Encumbrances, And Interests (Related document(s) 314) (Attachments: # 1 Exhibit A)(mrb) (Entered: 06/18/2018) |
| 06/21/2018 | 405 (18 pgs) | Transcript regarding Hearing Held on 06/05/18. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 855-USE-ACCESS. Purchasing Party: Brian E. Holthus, Esq.. Redaction Request Due By 07/12/2018. Redacted Transcript Submission Due By 07/23/2018. Transcript access will be restricted through 09/19/2018. (ACCESS TRANSCRIPTS, LLC) (Entered: 06/21/2018) |
| 06/26/2018 | 430 (16 pgs) | Motion for Order Shortening Time -*Emergency Application for Order Shortening Time on: Motion to Remove Certain Litigation Claims from the List of Assets Being Sold at the June 29, 2018 Auction of* |

| | | |
|---|---|---|
| | | *Debtor's Assets or, in the alternative, For the Appointment of a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims* with Proposed Order Filed by UZZI O. RAANAN on behalf of DOUBLE DIAMOND DISTRIBUTION, LTD. (Related document(s)431 Motion Re: Disposition of Property filed by Creditor DOUBLE DIAMOND DISTRIBUTION, LTD.) (RAANAN, UZZI). Modified on 6/27/2018 to relate to #431 (Youngblood, CL). (Entered: 06/26/2018) |
| 06/26/2018 | 431 (18 pgs) | Motion Re: Disposition of Property -*Motion to Remove Certain Litigation Claims from the List of Assets being Sold at the June 29, 2018 Auction of Debtor's Assets or, in the alternative, for the Appointment of a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims* Filed by UZZI O. RAANAN on behalf of DOUBLE DIAMOND DISTRIBUTION, LTD. (RAANAN, UZZI) (Entered: 06/26/2018) |
| 06/26/2018 | 432 (6 pgs) | Request for Judicial Notice *under Federal Rule of Evidence 201, filed in support of Motion to Remove Certain Litigation Claims from the List of Assets Being Sold at the June 29, 2018 Auction of Debtor's Assets or, in the alternative, For the Appointment of a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims* Filed by UZZI O. RAANAN on behalf of DOUBLE DIAMOND DISTRIBUTION, LTD. (Related document(s)431 Motion Re: Disposition of Property filed by Creditor DOUBLE DIAMOND DISTRIBUTION, LTD.) (RAANAN, UZZI). Modified on 6/27/2018 to relate to #431 (Youngblood, CL). (Entered: 06/26/2018) |
| 06/26/2018 | 433 (3 pgs) | Declaration Of: James Mann , *filed in Support of Motion to Remove Certain Litigation Claims from the List of Assets Being Sold at the June 29, 2018 Auction of Debtor's Assets or, in the alternative, For the Appointment of a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims* Filed by UZZI O. RAANAN on behalf of DOUBLE DIAMOND DISTRIBUTION, LTD. (Related document(s)431 Motion Re: Disposition of Property filed by Creditor DOUBLE DIAMOND DISTRIBUTION, LTD.) (RAANAN, UZZI) (Entered: 06/26/2018) |
| 06/27/2018 | 439 (3 pgs) | Order Granting Motion for Order Shortening Time (Related document(s) 430). Hearing scheduled 6/28/2018 at 01:30 PM at LEB-Courtroom 3, Foley Federal Bldg. (Related document(s)431 Motion Re: Disposition of Property filed by Creditor DOUBLE DIAMOND DISTRIBUTION, LTD..) (mag) (Entered: 06/27/2018) |

| 06/27/2018 | 452 (5 pgs) | Emergency Motion to Withdraw as Attorney of Record *Emergency Motion for Leave to Withdraw as Counsel for Debtor U.S.A. Dawgs, Inc.* Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (PILATOWICZ, TERESA) (Entered: 06/27/2018) |
|---|---|---|
| 06/27/2018 | 453 (2 pgs) | Declaration Of: Teresa M. Pilatowicz, Esq. in Support of Motion for Leave to Withdraw as Counsel for Debtor U.S.A. Dawgs, Inc. Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (Related document(s)452 Motion to Withdraw as Attorney of Record filed by Debtor U.S.A. DAWGS, INC.) (PILATOWICZ, TERESA) (Entered: 06/27/2018) |
| 06/28/2018 | 457 (6 pgs) | Declaration Of: Matthew Berkowitz -*Notice of Filing of Declaration of Matthew Berkowitz, filed in support of Motion to Remove Certain Litigation Claims from the List of Assets being Sold at the June 29, 2018 Auction of Debtor's Assets, or in the alternative, for the Appointment of a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims* Filed by UZZI O. RAANAN on behalf of DOUBLE DIAMOND DISTRIBUTION, LTD. (Related document(s)431 Motion Re: Disposition of Property filed by Creditor DOUBLE DIAMOND DISTRIBUTION, LTD.) (RAANAN, UZZI) (Entered: 06/28/2018) |
| 06/28/2018 | 465 (2 pgs) | Joinder *Solely in the Relief Sought in the Motion to Remove Certain Litigation Claims from the List of Assets being Sold at the June 29, 2018 Auction of Debtor's Assets or, in the alternative, for the Appointment of a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims* Filed by TERESA M. PILATOWICZ on behalf of U.S.A. DAWGS, INC. (Related document(s)431 Motion Re: Disposition of Property filed by Creditor DOUBLE DIAMOND DISTRIBUTION, LTD.) (PILATOWICZ, TERESA) (Entered: 06/28/2018) |
| 07/03/2018 | 479 (13 pgs) | Transcript regarding Hearing Held on 6/29/18. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 855-873-2223. Purchasing Party: Brian E. Holthus. Redaction Request Due By 07/24/2018. Redacted Transcript Submission Due By 08/3/2018. Transcript access will be restricted through 10/1/2018. (ACCESS TRANSCRIPTS, LLC) (Entered: 07/03/2018) |
| 07/03/2018 | 480 (1 pg) | Notice of Filing Official Transcript. Related document(s) 479 . (admin) (Entered: 07/03/2018) |

| | | |
|---|---|---|
| 07/06/2018 | 495 (7 pgs) | Notice of Entry of Order *Denying Motion to Remove Certain Litigation Claims From the List of Assets Being Sold at the June 29, 2018 Auction of Debtors Assets or, in the Alternative, for the Appointment of a Chapter 11 Trustee to Determine Values and Best Use of Debtors Litigation Claims* with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (Related document(s)489 Order on Motion Re: Disposition of Property) (BROWN, OGONNA) (Entered: 07/06/2018) |
| 07/06/2018 | 496 (1 pg) | Notice of Filing Official Transcript. Related document(s) 483 . (admin) (Entered: 07/06/2018) |
| 07/09/2018 | 501 (60 pgs) | Transcript regarding Hearing Held on 06/28/18. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 8558732223. Purchasing Party: Ogonna M. Brown. Redaction Request Due By 07/30/2018. Redacted Transcript Submission Due By 08/9/2018. Transcript access will be restricted through 10/9/2018. (ACCESS TRANSCRIPTS, LLC) (Entered: 07/09/2018) |
| 07/09/2018 | 502 (1 pg) | Notice of Filing Official Transcript. Related document(s) 501 . (admin) (Entered: 07/09/2018) |
| 07/10/2018 | 503 (30 pgs) | Transcript regarding Hearing Held on 07/06/18. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 8558732223. Purchasing Party: Brian Holthus. Redaction Request Due By 07/31/2018. Redacted Transcript Submission Due By 08/10/2018. Transcript access will be restricted through 10/9/2018. (ACCESS TRANSCRIPTS, LLC) (Entered: 07/10/2018) |
| 07/10/2018 | 504 (1 pg) | Notice of Filing Official Transcript. Related document(s) 503 . (admin) (Entered: 07/10/2018) |
| 07/20/2018 | 553 (46 pgs; 2 docs) | Order: (I) Authorizing The Sale Of Debtor's Assets Outside Of the Ordinary Course Of Business Free And Clear Of Liens, Claims, Encumbrances, And Interest; (II) Authorizing The Assumption, Sale, And Assignment Of Certain Executory Contracts And Unexpired Leases; And (III) Granting Related Relief (Related document(s)314 Miscellaneous Application filed by Debtor U.S.A. DAWGS, INC..) (Attachments: # 1 Exhibit A) (arv) (Entered: 07/20/2018) |

| | | |
|---|---|---|
| 07/20/2018 | 554<br>(49 pgs;<br>2 docs) | Notice of Entry of Order *(I) Authorizing the Sale of Debtor's Assets Outside of the Ordinary Course of Business Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* with Certificate of Service Filed by OGONNA M. BROWN on behalf of GEMCAP LENDING I, LLC (Related document(s)553 Order) (Attachments: # 1 Order) (BROWN, OGONNA) (Entered: 07/20/2018) |
| 07/24/2018 | 558<br>(126 pgs<br>; 2 docs) | Application for Compensation *First and Final Fee Application of Garman Turner Gordon LLP, as Attorneys for Debtor, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* for TALITHA B. GRAY KOZLOWSKI, Fees: $418,609.00, Expenses: $31,819.09. with Proposed Order Filed by TALITHA B. GRAY KOZLOWSKI (Attachments: # 1 Exhibit 1 - 4)(GRAY KOZLOWSKI, TALITHA) (Entered: 07/24/2018) |
| 07/24/2018 | 559<br>(4 pgs) | Declaration Of: Talitha Gray Kozlowski, Esq. in Support of *First and Final Fee Application of Garman Turner Gordon LLP, as Attorneys for Debtor, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)558 Application for Compensation filed by Debtor U.S.A. DAWGS, INC.) (GRAY KOZLOWSKI, TALITHA) (Entered: 07/24/2018) |
| 07/24/2018 | 560<br>(3 pgs) | Notice of Hearing *on First and Final Fee Application of Garman Turner Gordon LLP, as Attorneys for Debtor, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* Hearing Date: 08/21/2018 Hearing Time: 9:30 a.m. Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)558 Application for Compensation filed by Debtor U.S.A. DAWGS, INC.) (GRAY KOZLOWSKI, TALITHA) (Entered: 07/24/2018) |
| 07/24/2018 | 561<br>(14 pgs) | Motion to Disburse Proceeds *from Sale of the Debtor's Assets from Escrow Account*, in addition to Motion to Dismiss Case , or in the alternative Motion to Convert Case From 11 To Chapter 7. Fee Amount $15. with Proposed Order Filed by MATTHEW C. ZIRZOW on behalf of U.S.A. DAWGS, INC. (ZIRZOW, MATTHEW) (Entered: 07/24/2018) |
| 07/25/2018 | 565<br>(4 pgs) | Order Granting Motion To Withdraw As Attorney of Record (Related document(s) 452) TERESA M. PILATOWICZ; MARK M. WEISENMILLER; ERICK T. GJERDINGEN and TALITHA B. |

| | | |
|---|---|---|
| | | GRAY KOZLOWSKI terminated from the case. (arv) (Entered: 07/25/2018) |
| 07/25/2018 | 567 (5 pgs) | Notice *of Entry of Order Granting Emergency Motion for Leave to Withdraw as Counsel for Debtor U.S.A. Dawgs, Inc.* Filed by TALITHA B. GRAY KOZLOWSKI on behalf of U.S.A. DAWGS, INC. (Related document(s)565 Order on Motion to Withdraw as Attorney of Record) (GRAY KOZLOWSKI, TALITHA) (Entered: 07/25/2018) |
| 08/08/2018 | 592 (2 pgs) | Stipulation By GARMAN TURNER GORDON LLP and Between GemCap Lending I, LLC *Stipulation Re: Withdrawal of GemCap Lending I, LLC's Opposition to First and Final Fee Application of Garman Turner Gordon LLP, as Attorneys for Debtor, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* Filed by TALITHA B. GRAY KOZLOWSKI on behalf of GARMAN TURNER GORDON LLP (Related document(s)558 Application for Compensation filed by Debtor U.S.A. DAWGS, INC., 589 Opposition filed by Creditor GEMCAP LENDING I, LLC) (GRAY KOZLOWSKI, TALITHA) (Entered: 08/08/2018) |
| 08/22/2018 | 613 (6 pgs) | Order Granting Re: Application For Compensation and Reimbursement of Expenses(Related document(s) 558) for TALITHA B. GRAY KOZLOWSKI, Fees awarded: $418609.00, Expenses awarded: $31819.09. (mrb) (Entered: 08/22/2018) |
| 08/30/2018 | 624 (4 pgs) | Order Granting Debtor's Motion To: (I) Distribute Net Sale Proceeds, And (II) Dismiss Chapter 11 Bankruptcy Case (Related document(s)561 Motion to Disburse Proceeds filed by Debtor U.S.A. DAWGS, INC., Motion to Dismiss Case, Motion to Convert Case From 11 To Chapter 7.) (mrb) (Entered: 08/30/2018) |
| 08/31/2018 | 638 (40 pgs) | Transcript regarding Hearing Held on 08/21/18. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 855-873-2223. Purchasing Party: Todd M. Lander. Redaction Request Due By 09/21/2018. Redacted Transcript Submission Due By 10/1/2018. Transcript access will be restricted through 11/29/2018. (ACCESS TRANSCRIPTS, LLC) (Entered: 08/31/2018) |
| 09/08/2018 | 664 (78 pgs) | Transcript regarding Hearing Held on 08/14/18. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 855-873-2223. Purchasing Party: Sandra |

| | | |
|---|---|---|
| | | Herbstreit. Redaction Request Due By 10/1/2018. Redacted Transcript Submission Due By 10/9/2018. Transcript access will be restricted through 12/7/2018. (ACCESS TRANSCRIPTS, LLC) (Entered: 09/08/2018) |
| 09/08/2018 | 665 (1 pg) | Notice of Filing Official Transcript. Related document(s) 664 . (admin) (Entered: 09/08/2018) |
| 09/20/2018 | 677 (4 pgs) | Declaration Of: Matthew C. Zirzow, Esq. *Re: Full Disbursement of Sale Proceeds and Dismissal* Filed by MATTHEW C. ZIRZOW on behalf of U.S.A. DAWGS, INC. (Related document(s)624 Order) (ZIRZOW, MATTHEW) (Entered: 09/20/2018) |
| 11/06/2018 | 687 (5 pgs) | Partial Transcript regarding Hearing Held on 06/29/18. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 855-873-2223. Purchasing Party: Ogonna M. Brown. Redaction Request Due By 11/27/2018. Redacted Transcript Submission Due By 12/7/2018. Transcript access will be restricted through 02/4/2019. (ACCESS TRANSCRIPTS, LLC) (Entered: 11/06/2018) |
| 11/06/2018 | 688 (10 pgs) | Transcript regarding Hearing Held on 06/08/18. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 855-873-2223. Purchasing Party: Ogonna M. Brown. Redaction Request Due By 11/27/2018. Redacted Transcript Submission Due By 12/7/2018. Transcript access will be restricted through 02/4/2019. (ACCESS TRANSCRIPTS, LLC) (Entered: 11/06/2018) |
| 11/06/2018 | 689 (1 pg) | Notice of Filing Official Transcript. Related document(s) 687 . (admin) (Entered: 11/06/2018) |
| 11/06/2018 | 690 (1 pg) | Notice of Filing Official Transcript. Related document(s) 688 . (admin) (Entered: 11/06/2018) |
| 11/07/2018 | 691 (37 pgs) | Transcript regarding Hearing Held on 04/03/18. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, Telephone number 855-873-2223. Purchasing Party: Ogonna Brown Esq.. Redaction Request Due By 11/28/2018. Redacted Transcript Submission Due By 12/10/2018. Transcript access will be restricted through 02/5/2019. (ACCESS TRANSCRIPTS, LLC) (Entered: 11/07/2018) |

| 11/07/2018 | 692 (1 pg) | Notice of Filing Official Transcript. Related document(s) 691 . (admin) (Entered: 11/07/2018) |
|---|---|---|
| 01/07/2019 | 699 (53 pgs) | Transcript regarding Hearing Held on 07/20/18. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, Telephone number 855-873-2223. Purchasing Party: Brigid Higgins, Esq.. Redaction Request Due By 01/28/2019. Redacted Transcript Submission Due By 02/7/2019. Transcript access will be restricted through 04/8/2019. (ACCESS TRANSCRIPTS, LLC) (Entered: 01/07/2019) |
| 01/07/2019 | 700 (1 pg) | Notice of Filing Official Transcript. Related document(s) 699 . (admin) (Entered: 01/07/2019) |
| 02/09/2022 | 818 (129 pgs; 6 docs) | Ex Parte Motion to Reopen Chapter 11 Case . Fee Amount $1167. Filed by DAVID A RIGGI on behalf of DOUBLE DIAMOND DISTRIBUTION, LTD. (Attachments: # 1 Exhibit proposed Rule 60(b) Motion # 2 Exhibit proposed Exhibit to Rule 60(b) Motion - retainer # 3 Exhibit proposed exhibit to Rule 60(b) Motion - transcript # 4 Exhibit proposed exhibit to Rule 60(b) Motion - order # 5 Affidavit Declaration of Steven Mann)(RIGGI, DAVID) (Entered: 02/09/2022) |
| 02/10/2022 | 819 (8 pgs) | Opposition *to Ex Parte Motion to Reopen Case* Filed by TERESA M. PILATOWICZ on behalf of GARMAN TURNER GORDON LLP (Related document(s)818 Motion to Reopen Chapter 11 Case filed by Creditor DOUBLE DIAMOND DISTRIBUTION, LTD..) (PILATOWICZ, TERESA) (Entered: 02/10/2022) |
| 02/18/2022 | 821 (2 pgs) | Order Granting Motion To Reopen Chapter 11 Case (Related document(s) 818) (mar) (Entered: 02/18/2022) |
| 03/04/2022 | 822 (128 pgs; 5 docs) | Application *Motion to Alter or Amend Judgment under Federal Rule of Civil Procedure 60(b)* Filed by DAVID A RIGGI on behalf of DOUBLE DIAMOND DISTRIBUTION, LTD. (Attachments: # 1 Exhibit Retainer Agreement # 2 Exhibit Transcript # 3 Exhibit Fee Application Order # 4 Affidavit Declaration of Steven Mann)(RIGGI, DAVID) (Entered: 03/04/2022) |
| 05/24/2022 | 836 (33 pgs) | Opposition *to Motion to Alter or Amend Judgment under Federal Rule of Civil Procedure 60(b)* Filed by TERESA M. PILATOWICZ on behalf of GARMAN TURNER GORDON LLP (Related document(s)822 Miscellaneous Application filed by Creditor DOUBLE DIAMOND DISTRIBUTION, LTD..) (PILATOWICZ, TERESA) (Entered: 05/24/2022) |
| 05/24/2022 | 837 (1046 pgs ; 8 docs) | Declaration Of: Talitha Gray Kozlowski in Support of *Opposition to Motion to Alter or Amend Judgment under Federal Rule of Civil Procedure 60(b)* Filed by TERESA M. PILATOWICZ on behalf of GARMAN TURNER GORDON LLP (Related document(s)836 Opposition filed by Attorney GARMAN TURNER GORDON LLP) (Attachments: # 1 Exhibit 1 - 13 # 2 Exhibit 14 - 22 # 3 Exhibit 23 - 33 # 4 Exhibit 34 - 42 # 5 Exhibit 43 # 6 Exhibit 44 - 48 # 7 Exhibit 49 - 62) (PILATOWICZ, TERESA) (Entered: 05/24/2022) |

| 05/31/2022 | 839 (4 pgs) | Reply Filed by DAVID A RIGGI on behalf of DOUBLE DIAMOND DISTRIBUTION, LTD. (Related document(s)836 Opposition filed by Attorney GARMAN TURNER GORDON LLP.) (RIGGI, DAVID) (Entered: 05/31/2022) |
| --- | --- | --- |
| 10/07/2022 | 843 (14 pgs) | Memorandum Decision (BNC) (Related document(s)822 Miscellaneous Application filed by Creditor DOUBLE DIAMOND DISTRIBUTION, LTD..) (mmm) (Entered: 10/07/2022) |
| 10/07/2022 | 844 (1 pg) | Order Denying Application (Related document(s) 822) (mmm) (Entered: 10/07/2022) |

## TRANSCRIPT ORDER FORM - U.S. BANKRUPTCY COURT DISTRICT OF NEVADA

| 1. Name of Person Requesting Transcript: David A. Riggi | 2. Phone Number: 7024637777 | Date: 11/04/2022 | For Court Use Only: Due Date:_____ |
|---|---|---|---|

| 3. Contact E-Mail: riggilaw@gmail.com | 4. Address: 5550 Painted Mirage Road, Su | 5. City: Las Vegas | 6. State: Nevada | 7. Zip Code: 89149 |
|---|---|---|---|---|

| 8. Bankruptcy Case Name: U.S.A. DAWGS | 9. Bankruptcy Case # and Judge's Initials: 18-10453-GS | 11. Proceeding Hearing Date(s): 6-7-2022 and 6-28-2022 | NOTE: To request a Transcript of the 341 Meeting of Creditors, contact: |
|---|---|---|---|
| | 10. Adversary Case # and Judge's Initials: (if applicable) | 12. Proceeding Hearing Time(s): 9:30 a.m. and 1:30 p.m., respectively | U.S. Trustee: For Chapter 7, 11, or 13, Las Vegas and Reno |

**13. Portions Requested:** Entire Hearing: ☑   Opening Statements: ☐   Closing Statements: ☐

Other (specify) ☐
_____

Testimony (Specify Witness) ☐
1._____   3._____
2._____   4._____

| 14. CATEGORY: NOTE: If ordering both certified hard copy and electronic copies, there will be an additional charge. | CERTIFIED ORIGINAL TRANSCRIPT E-FILED (Viewable on court docket) | CERTIFIED HARD COPY (Available upon request) |
|---|---|---|
| ORDINARY (30 DAYS) $3.65 per Page | ☐ | ☐ |
| 14-DAY $4.25 per Page | ☑ | ☑ |
| EXPEDITED (7 DAYS) $4.85 per Page | ☐ | ☐ |
| 3-DAY $5.45 per Page | ☐ | ☐ |
| DAILY (1 DAY) $6.05 per Page (With approval from transcript company prior to ordering) | ☐ | ☐ |

E-Mail Transcript ☐                    ASCII Format ☐
NOTE: Cost based on estimated page count will be provided by the Transcript company.

**15. SIGNATURE** *By signing, I certify that I will pay all charges (deposit plus any additional charges):* | All Payments are processed by the transcript company. The U.S. Bankruptcy Court does NOT accept payments for transcripts.

**16. DATE SIGNED:** 11-8-2022 | **PROCESSED BY:**

DO NOT WRITE BELOW THIS LINE. FOR COURT USE ONLY.

| TRANSCRIPT TO BE PREPARED BY: ☐ Access Transcripts, LLC ☐ _____ | ☐ U. S. BANKRUPTCY COURT ECR DEPARTMENT 300 LAS VEGAS BLVD S. LAS VEGAS, NV 89101 (702) 527-7159 | ☐ U. S. BANKRUPTCY COURT ECR DEPARTMENT 300 BOOTH STREET RENO, NV 89509 (775) 326-2103 |
|---|---|---|

| ORDER RECEIVED: | ZIPPED FILES UPLOADED: AUDIO/CALENDAR/LOG NOTES |
|---|---|
| RECORDING TIMES: | TRANSCRIPT ORDER FORM: UPLOADED ☐            E-MAILED ☐ |
| NOTES: | E-FILED ON:                 DOCKET ENTRY # |