GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail:  tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail:  tpilatowicz@gtg.legal
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
Telephone 725-777-3000

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-S-18-10453-GS |
| U.S.A. DAWGS, INC., | Chapter 11 |
| Debtor. | |
| DOUBLE DIAMOND DISTRIBUTION, LTD. | APPEAL REF NO. 22-30 |
| Appellant, | |
| GARMAN TURNER GORDON LLP, | |
| Appellee, | |

**GARMAN TURNER GORDON LLP'S SUPPLEMENTAL DESIGNATION
OF THE RECORD ON APPEAL**

Appellee, Garman Turner Gordon, LLP ("Appellee"), hereby designates the additional items listed below to be included in the record on appeal filed by Double Diamond Distribution, Ltd. from the *Memorandum Regarding Double Diamond Distribution, Ltd.'s Motion to Alter or Amend Judgment Under Federal Rule of Civil Procedure 60(b)* and *Order on Double Diamond Distribution, Ltd.'s Motion to Alter or Amend Judgment Under Federal Rule of Civil Procedure 60(b)* [ECF Nos. 843 and 844], which was entered on October 7, 2022.

. . .

. . .

A.    **PLEADINGS**.

| Date Filed | ECF No. | Description |
|---|---|---|
| 1/31/2018 | 1 | Chapter 11 Voluntary Petition |
| 2/1/2017 | 10 | Omnibus Declaration of Steven Mann in Support of Debtor's Chapter 11 Petition, First Day Motions, and Employment Applications |
| 5/25/2018 | 315 | Declaration of Steven Mann in Support of Motion for Entry of Order Approving Bid Procedures Relating to Sale of Debtors Assets for Auction Scheduled for June 29, 2018, or alternatively August 1, 2018; Approving the Form and Manner of Notice of Sale by Auction, and Establishing Procedures for Noticing; and For Entry of Order Authorizing Sale of Debtors Assets Outside of the Ordinary Course of Business Free an Clear of All Liens, Claims, Encumbrances, and Interests |
| 6/25/2018 | 422 | Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court – Elizabeth Stephens |
| 6/26/2018 | 434 | Declaration of Steven Mann filed in Support of Motion to Remove Certain Litigation Claims from the List of Assets Being Sold at the June 29, 2018 Auction of Debtor's Assets or, in the Alternative, for the Appointment of a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims |
| 6/28/2018 | 460 | Objection to Motion of Double Diamond Distribution, Ltd. to Remove Certain Litigation Claims from the List of Assets Being Sold at the June 29, 2018 Auction of Debtor's Assets or, in the Alternative, for the Appointment of a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims |
| 6/28/2018 | 462 | Response to Motion to Remove Certain Litigation Claims from the List of Assets Being Sold at the June 29, 2018 Auction of Debtor's Assets or, in the Alternative, for the Appointment of a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims |

2

| 6/28/2018 | 464 | Opposition to Motion to Remove Certain Litigation Claims from the List of Assets Being Sold at the June 29, 2018 Auction of Debtor's Assets or, in the Alternative, for the Appointment of a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims |
| --- | --- | --- |
| 6/28/2018 | 466 | Barrie Mann's Joinder in Motion to Remove Certain Litigation Claims from the List of Assets Being Sold at the June 29, 2018 Auction of Debtor's Assets or, in the Alternative, for the Appointment of a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims |
| 6/28/2018 | 467 | Steven Mann's Joinder in Motion to Remove Certain Litigation Claims from the List of Assets Being Sold at the June 29, 2018 Auction of Debtor's Assets or, in the Alternative, for the Appointment of a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims |
| 7/5/2018 | 481 | Notice o Filing First Supplement to Verified Petition to Practice in This Case Only By Attorney Not Admitted to the Bar of This Court |
| 7/6/2018 | 489 | Order Denying Motion to Remove Certain Litigation Claims from the List of Assets Being Sold at the June 29, 2018 Auction of Debtor's Assets or, in the Alternative, for the Appointment of a Chapter 11 Trustee to Determine Values and Best Use of Debtor's Litigation Claims |
| 7/6/2018 | 491 | Minute Entry Re: hearing on 7/6/2018 10:00 AM. Continued. (related document(s): 1 Voluntary Petition (Chapter 11) filed by U.S.A. DAWGS, INC.) Appearances: OGONNA M. BROWN, TALITHA B. GRAY KOZLOWSKI, BRIAN E HOLTHUS, TODD M. LANDER, ELIZABETH E. STEPHENS Status Hearing to be held on 07/20/2018 at 09:30 AM at LEB-Courtroom 3, Foley Federal Bldg. (cas) (Entered: 07/06/2018). |

| 7/6/2018 | 493 | Minute Entry Re: hearing on 7/6/2018 10:00 AM. Continued. (related document(s): 45 Motion to Dismiss Case filed by GEMCAP LENDING I, LLC) Appearances: OGONNA M. BROWN, TALITHA B. GRAY KOZLOWSKI, BRIAN E HOLTHUS, TODD M. LANDER, ELIZABETH E. STEPHENS Status Hearing to be held on 07/20/2018 at 09:30 AM at LEB-Courtroom 3, Foley Federal Bldg. (cas) (Entered: 07/06/2018) |
|---|---|---|
| 7/25/2018 | 566 | Certificate of Service (Related document(s)558 Application for Compensation filed by Debtor U.S.A. DAWGS, INC., 559 Declaration filed by Debtor U.S.A. DAWGS, INC., 560 Notice of Hearing filed by Debtor U.S.A. DAWGS, INC.) |
| 7/27/2018 | 571 | Declaration of Steven Mann in Support of Motion to: (I) Distribute Net Sale Proceeds, and (II) Dismiss Chapter 11 Bankruptcy Case or, in the Alternative, Convert to Chapter 7 |
| 8/7/2018 | 589 | Opposition to First and Final Application of Garman Turner Gordon LLP as Attorneys for Debtor, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses |
| 8/30/2018 | 627 | Notice of Change of Firm Name and Address |
| 8/30/2018 | 631 | Notice of Appeal and Statement of Election to District Court |
| 1/14/2019 | 702 | Motion to Enforce Sale Order and to Enjoin Prosecution of Claims in Violation of Sale Order |
| 1/14/2019 | 703 | Declaration Of: Steven Mann in Support of Sale Order and to Enjoin Prosecution of Claims in Violation of Sale Order |
| 1/14/2019 | 704 | Notice of Hearing |
| 1/14/2019 | 705 | Certificate of Service |
| 1/14/2019 | 706 | Certificate of Service |

4

| 1/14/2019 | 707 | Supplemental Certificate of Service |
|---|---|---|
| 1/15/2019 | 708 | Hearing Scheduled/Rescheduled. Hearing scheduled 2/13/2019 at 09:30 AM at MKN-Courtroom 2, Foley Federal Bldg. (Related document(s)702 Motion to Enforce filed by Interested Party JAMES MANN, Creditor DOUBLE DIAMOND DISTRIBUTION, LTD., Creditor STEVEN MANN, Interested Party MOJAVE DESERT HOLDINGS, LLC) (mrb) (Entered: 01/15/2019) |
| 1/18/2019 | 709 | Ex Parte Motion for Order Shortening Time to Hear Defendant Optimal Investment Group Inc.'s Motion for Entry of an Order |
| 1/18/2019 | 710 | Attorney Information Sheet |
| 1/18/2019 | 711 | Motion to Enforce The Sale Order and Granting Injunctive Relief; Directing Gemcap Lending I. LLC to Show Cause; Granting Related Relief |
| 1/18/2019 | 712 | Declaration Of: Saul S. Rostamian In Support of Motion to Enforce |
| 1/18/2019 | 713 | Certificate of Service |
| 1/23/2019 | 714 | Order Granting Motion for Order Shortening Time |
| 1/23/2019 | 715 | Notice Of Entry of Order Shortening Time to Hear Defendant Optimal Investment Group, Inc.'s Motion for Entry of and Order: (A) Enforcing the Sale Order And Granting Injunctive Relief; (B) Directing Gemcap Lending I, LLC to Show Cause As to Why It Should Not be Held in Contempt of Court For Willful Violations of The Sale Order; And (C) Granting Relief Including An Award of Attorneys' Fees |
| 1/24/2019 | 716 | Joinder [Notice of Joinder with Defendant Optimal Investment Group Inc.'s Motion for Entry of Order |
| 1/24/2019 | 717 | Certificate of Service |

5

| Date | Doc | Description |
|---|---|---|
| 1/30/2019 | 718 | Opposition to Motion to Enforce Sale Order and to Enjoin Prosecution of Claims in Violation of Sale Order |
| 1/30/2019 | 719 | Ex Parte Motion to Exceed Page Limit Pursuant to Local Rule 9014(e)(1) on Secured Creditor GemCap Lending I, LLC's Opposition to Motion to Enforce Sale Order and to Enjoin Prosecution of Claims in Violation of Sale Order |
| 1/31/2019 | 720 | Order Granting Motion to Exceed Page Limit |
| 2/1/2019 | 721 | Opposition to Defendant Optimal Investment Group, Inc.'s Motion for Entry of an Order: (A) Enforcing the Sale Order and Granting Injunctive Relief; (B) Directing GemCap Lending I, LLC to Show Cause as to Why it Should not be Held in Contempt of Court for Willful Violations of the Sale Order; and (C) Granting Related Relief Including an Award of Attorneys' Fees |
| 2/6/2019 | 722 | Reply to GemCap Lending I, LLC's Opposition to Motion to Enforce Sale Order and to Enjoin Prosecution of Claims in Violation of Sale Order |
| 26/2019 | 723 | Certificate of Service |
| 2/8/2019 | 724 | Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court. Fee Amount $250. VP Follow-up Date 02/22/2019 Filed by ELIZABETH E. STEPHENS on behalf of Christopher Hellmich |
| 2/9/2019 | 725 | Receipt of Filing Fee |
| 2/8/2019 | 726 | Designation of Local Counsel |
| 2/8/2019 | 727 | Certificate of Service |
| 2/8/2019 | 728 | Reply in Support of Defendant Optimal Investment Group, Inc.'s Motion to Enforce |

| 2/8/2019 | 729 | Certificate of Service |
|---|---|---|
| 2/11/2019 | 730 | Order Approving Verified Petition |
| 2/11/2019 | 731 | Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court. Carey D. Schreiber |
| 2/11/2019 | 732 | Receipt of Filing Fee |
| 2/11/2019 | 733 | Designation of Local Counsel Brigid M. Higgins |
| 2/11/2019 | 734 | Certificate of Service |
| 2/12/2019 | 735 | Order Approving Verified Petition |
| 2/13/2019 | 736 | BNC Certificate of Mailing |
| 2/14/2019 | 737 | BNC Certificate of Mailing |
| 2/22/2019 | 738 | Notice of Gemcap Lending I, LLC's Filing of Plaintiff's Notice of Motion and Motion for Order Remanding Action to State Court; Memorandum of Points and Authorities in Support |
| 3/15/2019 | 739 | Order Regarding Motion To Enforce Sale Order And To Enjoin Prosecution Of Claims In Violation Of Sale Order, Etc. |
| 3/15/2019 | 740 | Clerk Forwarded Document to BNC for Noticing |
| 5/3/2019 | 744 | Status Report |
| 5/30/2019 | 748 | Motion to Enforce The Sale Order; Directing Gemcap Lending I, LLC to Show Cause; Granting Related Relief |

| 12/12/2019 | 788 | Motion to Withdraw as Attorney of Record |
| 2/4/2020 | 800 | Notice of Appeal and Statement of Election to District Court |
| 4/24/2020 | 816 | Bankruptcy Case Closed |

DATED this 16th day of November, 2022.

GARMAN TURNER GORDON LLP

By: /s/ Talitha Gray Kozlowski
TALITHA GRAY KOZLOWSKI, ESQ.
TERESA M. PILATOWICZ, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Garman Turner Gordon LLP*

8